IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARY E. CARRANZA, Individually and §<br>As Next Friend of ANGEL MATTHEW §<br>GONZALEZ, GUSTAVO GONZALEZ, §<br>JR., and ALYSSA LAUREN GONZALEZ, §<br>Minor Children, et.al. §<br>    *Plaintiffs* §<br>§<br>VS. §<br>§<br>CITY OF LA FERIA, TEXAS, §<br>LA FERIA POLICE DEPARTMENT, §<br>OFFICER GERARDO "JERRY" §<br>RAMIREZ, Individually and in his §<br>Official Capacity; and §<br>VALLEY BAPTIST MEDICAL CENTER §<br>    *Defendant* § | <br><br><br><br><br><br><br><br><br><br>CIVIL ACTION NO. B-02-180<br>(JURY REQUESTED) |
| GUSTAVO GONZALEZ, Individually §<br>Pursuant to the Texas Wrongful Death Act §<br>for the death of GUSTAVO GONZALEZ, §<br>Deceased §<br>    *Intervenor* §<br>§<br>VS. §<br>§<br>CITY OF LA FERIA, TEXAS, §<br>OFFICER GERARDO "JERRY" §<br>RAMIREZ, Individually and in his §<br>Official Capacity; and §<br>VALLEY BAPTIST MEDICAL CENTER §<br>    *Defendant* § | |

**DEFENDANTS CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT AND OFFICER GERARDO "JERRY" RAMIREZ' DISCLOSURE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Defendants City of La Feria, Texas, La Feria Police Department and Officer Gerardo "Jerry" Ramirez' counsel certifies that the only persons, associations, etc., that are known to these defendants to be financially interested in the outcome of this litigation are:

1. Mary E. Carranza;

2. Angel Mathew Gonzalez, minor;

3. Gustavo Gonzalez, Jr., minor;

4. Alyssa Lauren Gonzalez, minor;

5. Celia Muniz Gonzalez;

6. Gustavo Gonzalez;

7. City of La Feria;

8. Officer Gerardo "Jerry" Ramirez;

9. Valley Baptist Medical Center; and

10. Texas Municipal League Intergovernmental Risk Pool

Signed on October 1, 2002.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Charles Willette, Jr.
USDC No. 1937

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument has on October 1, 2002, been forwarded via certified mail, return receipt requested to:

Mr. Joseph Barrientos
Watts Law Firm, L.L.P.
555 N. Carancahua, Ste. 1400
Corpus Christi, Texas 78478

Mr. Phillip J. Stein
the Law Office of Phillip J. Stein, P.C.
14-A Palm Village Center
Brownsville, Texas 78520

_____
Charles Willette, Jr.