IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY E. CARRANZA, Individually and As Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR., and ALYSSA LAUREN GONZALEZ, Minor Children, et. al.<br>*Plaintiffs* | § § § § § § § § | United States District Court<br>Southern District of Texas<br>FILED<br>OCT 1 0 2002<br>Michael N. Milby<br>Clerk of Court |
| VS. | § § | |
| CITY OF LA FERIA, TEXAS<br>LA FERIA POLICE DEPARTMENT,<br>OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and<br>VALLEY BAPTIST MEDICAL CENTER<br>*Defendant* | § § § § § § § § § § | CIVIL ACTION NO. B-02-180<br>(JURY REQUESTED) |
| GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the death of GUSTAVO GONZALEZ, Deceased<br>*Intervenor* | § § § § § § § | |
| CITY OF LA FERIA, TEXAS<br>OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and<br>VALLEY BAPTIST MEDICAL CENTER<br>*Defendant* | § § § § § § | |

## ORIGINAL ANSWER

For Answer to Plaintiffs' Original Complaint, Defendant Valley Baptist Medical Center (VBMC) states:

1. Regarding Paragraphs 1 and 2, VBMC is without knowledge or information sufficient to form a belief as to the truth of the averments stated therein.

2. VBMC admits Paragraph 3, except that VBMC is without knowledge or information sufficient to form a belief as to the truth of plaintiffs' averment regarding the agent for service of process on the City of La Feria, Texas.

3. VBMC admits Paragraph 4, except that VBMC is without knowledge or information sufficient to form a belief as to the truth of plaintiffs' averment regarding the agent for service of process on the City of La Feria Police Department.

4. Regarding Paragraph 5, VBMC is without knowledge or information sufficient to form a belief as to the truth of plaintiffs' averment stated therein.

5. VBMC admits Paragraph 6.

6. VBMC denies Paragraph 7.

7. VBMC admits Paragraph 8.

8. Regarding Paragraph 17, [a gap exists in the numbering of plaintiffs' paragraphs, with no paragraphs numbered 9-16] VBMC is without knowledge or information sufficient to form a belief as to the truth of the averments stated therein, except that VBMC admits that portion of Paragraph 17 stating "Gustavo Gonzalez . . . was subsequently taken to VBMC for treatment."

9. VBMC admits Paragraphs 18-20, except that VBMC is without knowledge or information sufficient to form a belief as to the truth of plaintiffs' averment that "Officer Gerardo 'Jerry' Ramirez "was assigned" to guard decedent Gustavo Gonzalez; VBMC has no knowledge or information regarding Officer Ramirez's assignment from the La Feria Police Department.

10. Regarding Paragraph 21-26, VBMC is without knowledge or information sufficient to form a belief as to the truth of the averments stated therein.

11. VBMC admits Paragraph 27.

12. Regarding Paragraphs 28-40, VBMC is without knowledge or information sufficient to form a belief as to the truth of the averments stated therein.

13. Regarding Paragraph 41, VBMC is without knowledge or information sufficient to form a belief as to the truth of the averments stated therein. Plaintiffs' Original Complaint does not explain how VBMC is allegedly connected to the conduct alleged on the part of the governmental defendants. If this Paragraph would be used as a means of asserting a claim of negligence against VBMC based on plaintiffs' factual allegations concerning the governmental defendants, then VBMC denies Paragraph 41.

14. VBMC denies Paragraph 42.

15. Paragraph 43 contains Plaintiffs statement that they seek damages exceeding $50,000, which defendants need not admit or deny.

16. VBMC denies Paragraph 44, except that VBMC admits that Gustavo Gonzalez died and is without knowledge or information sufficient to form a belief of the truth of the averment in Paragraph 44(d).

17. VBMC denies Paragraphs 45-51.

18. VBMC denies Paragraph 52, except that VBMC is without knowledge or information sufficient to form a belief of the truth of plaintiffs' averment that Plaintiffs retained the attorneys whose names are subscribed to Plaintiffs' Original Complaint.

Respectfully Submitted,

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, TX 78551-1429
Tel: 956-428-7596
Fax: 956-428-2954

By: _____

**William L. Pope**
**Attorney in Charge**
State Bar No.16139020
Fed I.D. 8970

Scott T. Clark
State Bar No. 00795896
Fed I.D. 21676

**ATTORNEYS FOR DEFENDANT VALLEY BAPTIST MEDICAL CENTER**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 10th day of October, 2002, to the following counsel of record and interested parties:

Mr. Joseph Barrientos                    VIA CMRRR #7002 0510 0004 1777 7600
**WATTS LAW FIRM, L.L.P.**
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

**ATTORNEY FOR PLAINTIFFS**

Mr. Phillip J. Stein                     VIA CMRRR # 7002 0510 0004 1777 7594
**LAW OFFICES OF PHILLIP J. STEIN, P.C.**
14-A Palm Village Center
Brownsville, Texas 78520

**ATTORNEY FOR GUSTAVO GONZALEZ, Individually
Pursuant to the Texas Wrongful Death Act for the death
of GUSTAVO GONZALEZ, Deceased**

ORIGINAL ANSWER
Adams & Graham, L.L.P.
[alm]; c:\wp51\files\Scott\V\V-698\Answer

Page 4

Mr. Charles Willette, Jr.                           **VIA CMRRR # 7002 0510 0004 1777 7587**
**WILLETTE & GUERRA, L.L.P.**
International Boulevard, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78520

**ATTORNEY FOR CITY OF LA FERIA,
LA FERIA POLICE DEPARTMENT and
OFFICER GERARDO "JERRY" RAMIREZ**


                                        _____
                                        **Scott T. Clark**