IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARY E. CARRANZA, Individually and As Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR., and ALYSSA LAUREN GONZALEZ, Minor Children, et. al.<br>*Plaintiffs* | §§§§§§§§ | |
| VS. | §§ | |
| CITY OF LA FERIA, TEXAS<br>LA FERIA POLICE DEPARTMENT,<br>OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and<br>VALLEY BAPTIST MEDICAL CENTER<br>*Defendant* | §§§§§§§§ | CIVIL ACTION NO. <u>B-02-180</u><br>(JURY REQUESTED) |
| GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the death of GUSTAVO GONZALEZ, Deceased<br>*Intervenor* | §§§§§§ | |
| CITY OF LA FERIA, TEXAS<br>OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and<br>VALLEY BAPTIST MEDICAL CENTER<br>*Defendant* | §§§§§§ | |

## CONSENT TO REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Defendant Valley Baptist Medical Center (VBMC), and files this

Consent to Removal.

(1) On September 20, 2002, Defendants City of La Feria, Texas, La Feria Police Department, and Officer Gerardo "Jerry" Ramirez, Individually and in his Official Capacity, filed a Notice of Removal in this case.

(2) On September 23, 2002, defendant VBMC was served with plaintiffs' complaint.

(3) Defendant VBMC hereby consents to and joins in its Co-Defendants' Notice of Removal.

Respectfully Submitted,

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, TX 78551-1429
Tel: 956-428-7596
Fax: 956-428-2954

By: _____

**William L. Pope**
**Attorney in Charge**
State Bar No.16139020
Fed I.D. 8970

**Scott T. Clark**
State Bar No. 00795896
Fed I.D. 21676

**ATTORNEYS FOR DEFENDANT VALLEY BAPTIST MEDICAL CENTER**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 10th day of October, 2002, to the following counsel of record and interested parties:

Mr. Joseph Barrientos  **VIA CMRRR #7002 0510 0004 1777 7600**
**WATTS LAW FIRM, L.L.P.**
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

**ATTORNEY FOR PLAINTIFFS**

Mr. Phillip J. Stein  **VIA CMRRR #7002 0510 0004 1777 7594**
**LAW OFFICES OF PHILLIP J. STEIN, P.C.**
14-A Palm Village Center
Brownsville, Texas 78520

**ATTORNEY FOR GUSTAVO GONZALEZ, Individually
Pursuant to the Texas Wrongful Death Act for the death
of GUSTAVO GONZALEZ, Deceased**

Mr. Charles Willette, Jr.  **VIA CMRRR #7002 0510 0004 1777 7587**
**WILLETTE & GUERRA, L.L.P.**
International Boulevard, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78520

**ATTORNEY FOR CITY OF LA FERIA,
LA FERIA POLICE DEPARTMENT and
OFFICER GERARDO "JERRY" RAMIREZ**

_/s/ Scott T. Clark_
Scott T. Clark