IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY E. CARRANZA, Individually and As Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR., and ALYSSA LAUREN GONZALEZ, Minor Children, et. al.<br>*Plaintiffs* | § § § § § § § § | |
| VS. | § § | |
| CITY OF LA FERIA, TEXAS<br>LA FERIA POLICE DEPARTMENT,<br>OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and<br>VALLEY BAPTIST MEDICAL CENTER<br>*Defendant* | § § § § § § § § § | CIVIL ACTION NO. B-02-180<br>(JURY REQUESTED) |
| GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the death of GUSTAVO GONZALEZ, Deceased<br>*Intervenor* | § § § § § § § | |
| CITY OF LA FERIA, TEXAS<br>OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and<br>VALLEY BAPTIST MEDICAL CENTER<br>*Defendant* | § § § § § § | |

**OCT 1 0 2002**

Michael N. Milby
Clerk of Court

---

**MOTION TO DISMISS UNDER RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

*Motion to Dismiss Under Rule 12(b)(6) for Failure to State a Claim Upon Which Relief Can be Granted*
Adams & Graham, L.L.P.
[alm]; c:\wp51\files\Scott\V\V-698\Motions\Motion2Dismiss
Page 1

### I. Statement of the Nature and Stage of the Proceedings

Plaintiffs and Intervenor sued the City of La Feria, the La Feria Police Department, Officer Gerardo "Jerry" Ramirez, Individually and in his Official Capacity, and Valley Baptist Medical Center (VBMC). VBMC moves to dismiss the case as to it on the ground that there are no allegations of any wrongdoing by VBMC or its agents.

### II. Plaintiff's Complaint

Plaintiffs allege that Officer Ramirez of the La Feria Police Department used excessive force in shooting and killing Gustavo Gonzalez while Officer Ramirez was assigned to guard Gonzalez in his hospital room at VBMC. Plaintiffs and Intervenors asserted claims against the governmental defendants under 28 U.S.C. § 1983 for violation of 4th, 5th, 8th, and 14th Amendment rights, alleged specific acts of negligence by the governmental defendants, and alleged negligence generally as to all defendants.

### III. Standard of Review

Under Rule 12(b)(6) the court must accept the allegations as true and must review them in the light most favorable to the plaintiff, drawing all reasonable inferences in favor of the plaintiff. *Baker v. Putnal*, 75 F.3d 190, 196 (5th Cir. 1996). However, the complaint must state facts, not conclusions. *Guidry v. Bank of La Place*, 954 F.2d 278, 281 (5th Cir. 1992). A complaint should be dismissed if it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief. *Conley v. Gibson*. 355 U.S. 41, 45-46 (1957).

### IV. No Allegations Against VBMC

Plaintiffs do not allege any acts or omissions by VBMC or its agents. Their petition alleges various acts by Officer Ramirez of the La Feria Police Department and the "governmental Defendants." Plaintiffs do not allege that VBMC is a "governmental

Motion to Dismiss Under Rule 12(b)(6) for Failure to State a Claim Upon Which Relief Can be Granted
Adams & Graham, L.L.P.
[alm]; c:\wp51\files\Scott\V\V-698\Motions\Motion2Dismiss

Page 2

defendant," and it is, in fact, a private entity. Plaintiffs plead that the governmental Defendants were responsible for supervision and control of Gonzalez's hospital room.

The only mention of a claim against VBMC is the statement

> At the time of the incident in question, Defendants Officer Gerardo "Jerry" Ramirez, City of La Feria, Texas, the La Feria Police Department, *and Valley Baptist Medical Center* committed acts of omission and commission, which, collectively and severally, constituted negligence.

No specific acts or omissions by VBMC are ever identified. This bare assertion of negligence, unsupported by any factual allegations pertaining to VBMC, does not state a claim upon which relief can be granted.

## V. Prayer

Defendant VBMC prays that this Court grant its Motion to Dismiss For Failure to State a Claim Upon Which Relief Can be Granted; and that this Court dismiss Plaintiffs' Complaint with prejudice, that Defendant VBMC recover all costs incurred herein, and for all other relief to which Defendant VBMC may be entitled.

Motion to Dismiss Under Rule 12(b)(6) for Failure to State a Claim Upon Which Relief Can be Granted
Adams & Graham, L.L.P.
[alm]; c:\wp51\files\Scott\V\V-698\Motions\Motion2Dismiss
Page 3

Respectfully Submitted,

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, TX 78551-1429
Tel: 956-428-7596
Fax: 956-428-2954

By: _____
William L. Pope
**Attorney in Charge**
State Bar No.16139020
Fed I.D. 8970

Scott T. Clark
State Bar No. 00795896
Fed I.D. 21676

**ATTORNEYS FOR DEFENDANT VALLEY BAPTIST MEDICAL CENTER**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 10th day of October, 2002, to the following counsel of record and interested parties:

Mr. Joseph Barrientos                                      VIA CMRRR #7002 0510 0004 1777 7600
**WATTS LAW FIRM, L.L.P.**
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

**ATTORNEY FOR PLAINTIFFS**

Motion to Dismiss Under Rule 12(b)(6) for Failure to State a Claim Upon Which Relief Can be Granted
Adams & Graham, L.L.P.
[alm]; c:\wp51\files\Scott\V\V-698\Motions\Motion2Dismiss

Page 4

Mr. Phillip J. Stein  VIA CMRRR # 7002 0510 0004 1777 7594
**LAW OFFICES OF PHILLIP J. STEIN, P.C.**
14-A Palm Village Center
Brownsville, Texas 78520

**ATTORNEY FOR GUSTAVO GONZALEZ, Individually
Pursuant to the Texas Wrongful Death Act for the death
of GUSTAVO GONZALEZ, Deceased**

Mr. Charles Willette, Jr.  VIA CMRRR # 7002 0510 0004 1777 7587
**WILLETTE & GUERRA, L.L.P.**
International Boulevard, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78520

**ATTORNEY FOR CITY OF LA FERIA,
LA FERIA POLICE DEPARTMENT and
OFFICER GERARDO "JERRY" RAMIREZ**

_____
Scott T. Clark

Motion to Dismiss Under Rule 12(b)(6) for Failure to State a Claim Upon Which Relief Can be Granted
Adams & Graham, L.L.P.
[alm]; c:\wp51\files\Scott\V\V-698\Motions\Motion2Dismiss                                      Page 5