*11*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 3 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARY E. CARRANZA, Individually and § <br> As Next Friend of ANGEL MATTHEW § <br> GONZALEZ, GUSTAVO GONZALEZ, § <br> JR., and ALYSSA LAUREN GONZALEZ, § <br> Minor Children, et.al. § <br>     *Plaintiffs* § <br> § <br> VS. § <br> § <br> CITY OF LA FERIA, TEXAS, § <br> LA FERIA POLICE DEPARTMENT, § <br> OFFICER GERARDO "JERRY" § <br> RAMIREZ, Individually and in his § <br> Official Capacity; and § <br> VALLEY BAPTIST MEDICAL CENTER § <br>     *Defendant* § <br> § <br> § <br> GUSTAVO GONZALEZ, Individually § <br> Pursuant to the Texas Wrongful Death Act § <br> for the death of GUSTAVO GONZALEZ, § <br> Deceased § <br>     *Intervenor* § <br> § <br> VS. § <br> § <br> CITY OF LA FERIA, TEXAS, § <br> LA FERIA POLICE DEPARTMENT, § <br> OFFICER GERARDO "JERRY" § <br> RAMIREZ, Individually and in his § <br> Official Capacity; and § <br> VALLEY BAPTIST MEDICAL CENTER § <br>     *Defendants* § | CIVIL ACTION NO. B-02-180 <br> (JURY REQUESTED) |

**DEFENDANTS CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPT., AND OFFICER GERARDO "JERRY" RAMIREZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY'S, RESPONSE TO PLAINTIFFS' MOTION TO REMAND**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

　　NOW COME DEFENDANTS CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT AND OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity, in the above styled and numbered matter, and files this, their Response to Plaintiffs' Motion to Remand, and would respectfully show unto the Court as follows:

1.　　On September 13, 2002, Plaintiffs filed Plaintiffs' Original Complaint against Defendants, City of La Feria, Texas, La Feria Police Department, Officer Gerardo "Jerry" Ramirez, Individually and in his Official Capacity; and Valley Baptist Medical Center in the 103rd Judicial District Court of Cameron County, Texas, styled <u>Cause No. 2002-09-003631-D</u>. On September 13, 2002, Intervenor filed Plaintiff, Gustavo Gonzalez' Plea of Intervention. Defendants City of La Feria, La Feria Police Dept., and Gerardo "Jerry" Ramirez were served on September 17, 2002. Copies of the officer's returns are attached to Plaintiffs' Motion to Remand.

2.　　Because Plaintiffs alleged violations of federal law in their original complaint and plea in intervention, including violations of the Fourth, Eighth, and Fourteenth Amendments to the United States Constitution, Defendants promptly removed the case to federal court on September 20, 2002, pursuant to 28 U.S.C. §§ 1331 and 1441(b). At the time of removal, Defendant Valley Baptist Medical Center had not yet been served. Defendants attached a certified copy of the state court's docket sheet to their removal as proof of such. The removal statute requires all <u>served</u> defendants to join in the removal. *Brown v. Demco, Inc.*, 792 F.2d 478, 481 (5th Cir.1986); *Getty Oil Corp. v. Insurance Co. of N. Am.*, 841 F.2d 1254, 1262-63 (5th Cir. 1988); *Balzik v. County of Dauphin*, 44 F.3d 209, 213 (3rd Cir. 1995); *Roe v. O'Donohue*, 38 F.3d 298, 301 (7th Cir. 1994) (emphasis added). A defendant may remove a case without the consent of a defendant who has not been served.

2

*Tri-Cities Newspapers, Inc. v. Tri-Cities Printing Pressmen and Assistants' Local 349*, 427 F.2d 325, 326 (5th Cir.1970); *Roe*, 38 F.3d at 301; *Lewis v. Rego Co.*, 757 F.2d 66, 68 (3rd Cir. 1985). Defendant Valley Baptist Medical Center was not served until September 23, 2003, three days after the removal (officer's return is attached to Plaintiffs' Motion to Remand). As such, removal was proper on September 20, 2002.

3. The United States Court of Appeals for the Fifth Circuit requires that all defendants consent to removal within 30 days from the date the first defendant was served. *Getty Oil Corp. v. Insurance Co. of N. Am.*, 841 F.2d 1254, 1262-63 (5th Cir. 1988). The consent must be in writing, and must give official notice of consent. *Id.* at 1262 n.11. Thus, in this case, the later served defendant, Valley Baptist Medical Center, had until October 17, 2002 to consent to the removal. Defendant Valley Baptist Medical Center filed a formal Consent to Removal with this court on October 10, 2002. As such, Plaintiffs' objections to the removal are without merit, and their motion to remand should be denied.

4. Further, Defendants filed responsive pleadings, 12(b)(6) motions, with their removal, despite Plaintiffs' allegation that Defendants have not answered their petition. Under the Local Rules for the Southern District of Texas, LR7.3 and 7.4, Plaintiffs and Intervenor were required to file a response to Defendants' 12(b)(6) motions on or before October 10, 2002. They have failed to do so. As such, Defendants' motions are unopposed, and Defendants request that their 12(b)(6) motions be hereby granted.

WHEREFORE, PREMISES CONSIDERED, Defendants, City of La Feria, La Feria Police Department, and Officer Gerardo "Jerry" Ramirez, pray that Plaintiffs' Motion to Remand be denied, that their Rule 12(b)(6) Motions to Dismiss be granted, that Plaintiffs and Intervenor take nothing

by their suit, that these Defendants recover all costs incurred herein and that these Defendants have such other and further relief at law or in equity, which they may show themselves to be justly entitled.     Signed on October 23, 2002.

> Respectfully submitted,
>
> WILLETTE & GUERRA, L.L.P.
> International Plaza, Ste. 460
> 3505 Boca Chica Blvd.
> Brownsville, Texas 78521
> Telephone: (956) 541-1846
> Facsimile: (956) 541-1893
>
> By: _____
> Charles Willette, Jr.
> USDC No. 1937

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has on October 23, 2002, been forwarded via certified mail, return receipt requested to:

Mr. Joseph Barrientos
Watts Law Firm, L.L.P.
555 N. Carancahua, Ste. 1400
Corpus Christi, Texas 78478

Mr. Phillip J. Stein
the Law Office of Phillip J. Stein, P.C.
14-A Palm Village Center
Brownsville, Texas 78520

Mr. William L. Pope
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, TX 78551-1429



_____
Charles Willette, Jr.