United States District Court
Southern District of Texas
FILED

OCT 3 0 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY E. CARRANZA, Individually and As Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR., and ALYSSA LAUREN GONZALEZ, Minor Children, et. al.<br>*Plaintiffs*<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS<br>LA FERIA POLICE DEPARTMENT,<br>OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and<br>VALLEY BAPTIST MEDICAL CENTER<br>*Defendant*<br><br>GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the death of GUSTAVO GONZALEZ, Deceased<br>*Intervenor*<br><br>CITY OF LA FERIA, TEXAS<br>OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and<br>VALLEY BAPTIST MEDICAL CENTER<br>*Defendant* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-180<br>(JURY REQUESTED) |

**DEFENDANT VALLEY BAPTIST MEDICAL CENTER'S
RESPONSE TO PLAINTIFFS' MOTION TO REMAND**

---

DEFENDANT VALLEY BAPTIST MEDICAL CENTER'S RESPONSE TO PLAINTIFFS' MOTION TO REMAND
ADAMS & GRAHAM, L.L.P.
[alm]; c:\wp51\files\Scott\V\V-698\Response2Mtn2Remand                                                    Page 1

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, Defendant Valley Baptist Medical Center's Response to Plaintiffs' Motion to Remand and in support thereof would respectfully show the Court as follows:

Plaintiffs' Motion to Remand is premised on the false notion that Defendant Valley Baptist Medical Center (VBMC) did not consent to removal. VBMC did file a consent to removal on October 10, 2002. Exh. 1. VBMC's consent was timely because it was filed less than thirty days from the day the first defendant was served, September 17, 2002. Exh. 2, *Getty Oil Corp. v. Insurance Co. of N. Am.*, 841 F.2d 1254, 1262-63 (5th Cir. 1988).

Plaintiffs' Motion also appears to argue that, although the federal district court has federal question jurisdiction, their claims are nevertheless better suited to resolution in state court. Any such argument should also be rejected. *See Fuerza Unida v. Levi Strauss & Co.*, 986 F.2d 970, 975 (5th Cir. 1993) (district court with federal question jurisdiction "likely would have erred" if it remanded to state court based on comity and federalism), *citing In re International Paper Co.*, 961 F.2d 558, 561 (5th Cir. 1992).

Therefore, Defendant VBMC prays that Plaintiffs' Motion to Remand be denied, and for all further relief to which it may be entitled.

Respectfully Submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429
Tel: 956-428-7596
Fax: 956-428-2954

By: _____
**William L. Pope**
**Attorney in Charge**
State Bar No.16139020
Fed I.D. 8970
**Scott T. Clark**
**Of Counsel**
State Bar No. 00795896
Fed I.D. 21676

**ATTORNEYS FOR DEFENDANT VALLEY BAPTIST MEDICAL CENTER**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 30 day of October, 2002, to the following counsel of record and interested parties:

Mr. Joseph Barrientos                    VIA CMRRR # 7001 2510 0000 6097 5731
**WATTS LAW FIRM, L.L.P.**
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

**ATTORNEY FOR PLAINTIFFS**

Mr. Phillip J. Stein                                VIA CMRRR #7001 2510 0000 6097 5724
**LAW OFFICES OF PHILLIP J. STEIN, P.C.**
14-A Palm Village Center
Brownsville, Texas 78520

**ATTORNEY FOR GUSTAVO GONZALEZ, Individually
Pursuant to the Texas Wrongful Death Act for the death
of GUSTAVO GONZALEZ, Deceased**

Mr. Charles Willette, Jr.                           VIA CMRRR #7001 2510 0000 6097 5717
**WILLETTE & GUERRA, L.L.P.**
International Boulevard, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78520

**ATTORNEY FOR CITY OF LA FERIA,
LA FERIA POLICE DEPARTMENT and
OFFICER GERARDO "JERRY" RAMIREZ**

_____
**Scott T. Clark**

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY E. CARRANZA, Individually and As Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR., and ALYSSA LAUREN GONZALEZ, Minor Children, et. al.<br>*Plaintiffs*<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS<br>LA FERIA POLICE DEPARTMENT,<br>OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and<br>VALLEY BAPTIST MEDICAL CENTER<br>*Defendant*<br><br>GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the death of GUSTAVO GONZALEZ, Deceased<br>*Intervenor*<br><br>CITY OF LA FERIA, TEXAS<br>OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and<br>VALLEY BAPTIST MEDICAL CENTER<br>*Defendant* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | United States District Court<br>Southern District of Texas<br>RECEIVED<br><br>OCT 1 0 2002<br><br>Michael N. Milby, Clerk of Court<br><br><br><br>CIVIL ACTION NO. B-02-180<br>(JURY REQUESTED) |

## CONSENT TO REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Defendant Valley Baptist Medical Center (VBMC), and files this

Consent to Removal.

(1) On September 20, 2002, Defendants City of La Feria, Texas, La Feria Police Department, and Officer Gerardo "Jerry" Ramirez, Individually and in his Official Capacity, filed a Notice of Removal in this case.

(2) On September 23, 2002, defendant VBMC was served with plaintiffs' complaint.

(3) Defendant VBMC hereby consents to and joins in its Co-Defendants' Notice of Removal.

Respectfully Submitted,

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, TX 78551-1429
Tel: 956-428-7596
Fax: 956-428-2954

By: _____
William L. Pope
**Attorney in Charge**
State Bar No. 16139020
Fed I.D. 8970

Scott T. Clark
State Bar No. 00795896
Fed I.D. 21676

**ATTORNEYS FOR DEFENDANT VALLEY BAPTIST MEDICAL CENTER**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 10th day of October, 2002, to the following counsel of record and interested parties:

| | |
|---|---|
| Mr. Joseph Barrientos<br>**WATTS LAW FIRM, L.L.P.**<br>555 N. Carancahua, Suite 1400<br>Corpus Christi, Texas 78478 | **VIA CMRRR #7002 0510 0004 1777 7600** |

**ATTORNEY FOR PLAINTIFFS**

| | |
|---|---|
| Mr. Phillip J. Stein<br>**LAW OFFICES OF PHILLIP J. STEIN, P.C.**<br>14-A Palm Village Center<br>Brownsville, Texas 78520 | **VIA CMRRR #7002 0510 0004 1777 7594** |

**ATTORNEY FOR GUSTAVO GONZALEZ, Individually
Pursuant to the Texas Wrongful Death Act for the death
of GUSTAVO GONZALEZ, Deceased**

| | |
|---|---|
| Mr. Charles Willette, Jr.<br>**WILLETTE & GUERRA, L.L.P.**<br>International Boulevard, Suite 460<br>3505 Boca Chica Boulevard<br>Brownsville, Texas 78520 | **VIA CMRRR #7002 0510 0004 1777 7587** |

**ATTORNEY FOR CITY OF LA FERIA,
LA FERIA POLICE DEPARTMENT and
OFFICER GERARDO "JERRY" RAMIREZ**

_____
Scott T. Clark

# EXHIBIT 2

Case 1:02-cv-00180  Document 12  Filed in TXSD on 10/30/2002  Page 9 of 15

Citation for Personal Service - GENERAL          Lit. Seq. # 5.003.01

No. 2002-09-003631-D

T H E   S T A T E   O F   T E X A S



NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued thi citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may b taken against you.

TO: CITY OF LA FERIA, TEXAS
SERVING THE CITY MANAGER OF
CITY OF LA FERIA
115 E. COMMERCIAL AVE.
LA FERIA, TEXAS 78559

the          DEFENDANT         , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFFS' ORIGINAL COMPLAINT

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of sai county in Brownsville, Texas. Said        PETITION         was filed on SEPTEMBER 13, 2002. A copy of same accompanies this citation.

The file number of said suit being No. 2002-09-003631-D.

The style of the case is:

> MARY E. CARRANZA, IND. AND AS NEXT FRIEND OF ANGEL
> VS.
> CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMEN

Said petition was filed in said court by          JOSEPH BARRIENTOS
(Attorney for          PLAINTIFF          ), whose address is
555 N. CARANCAHUA, SUITE 1630 CORPUS CHRISTI, TX   78478

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 16th day of SEPTEMBER, A.D. 2002.

AURORA DE LA GARZA          , DISTRICT CLERK

## RETURN OF OFFICER

Came to hand the _16TH_ day of _Sept._, _2002_, at _5:00_ o'clock _P_.M., and executed (~~not executed~~) on the _17TH_ day of _Sept._, _2002_ by delivering to _City of La Feria, Tx._ _Serving the City Manager of City of La Feria_ in person a true copy of this Citation upon which I endorsed the date of delivery, together with the accompanying copy of the _Plaintiff Original Petition_ _____

Cause of failure to execute this citation is: _____
_____

FEES serving 1 copy

Total....... $ _____

Fees paid by: _____

Sh~~eriff/constable~~ _Cameron_ County, TEXAS

By _(signature)_ De~~puty~~

_C.P._

FILED _2:00_
AURORA DE LA GARZA, CLERK

SEP 17 2002

DISTRICT COURT _(signature)_

Citation for Personal Service __- GENERAL__         Lit. Seq. # <u>5.004.01</u>

No. <u>2002-09-003631-D</u>

T H E   S T A T E   O F   T E X A S

ORIGINAL

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: <u>LA FERIA POLICE DEPARTMENT</u>
<u>SERVING CHIEF OF POLICE</u>
<u>DONATO GARCIA</u>
<u>128 E. COMMERCIAL AVE.</u>
<u>LA FERIA, TEXAS</u>

the _____DEFENDANT_____, GREETING:

You are commanded to appear by filing a written answer to the

<u>PLAINTIFFS' ORIGINAL COMPLAINT</u>

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court <u>103rd</u> Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____PETITION_____ was filed on <u>SEPTEMBER 13, 2002</u>. A copy of same accompanies this citation.

The file number of said suit being No. <u>2002-09-003631-D</u>.

The style of the case is:

<u>MARY E. CARRANZA, IND. AND AS NEXT FRIEND OF ANGEL</u>
VS.
<u>CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMEN</u>

Said petition was filed in said court by _____<u>JOSEPH BARRIENTOS</u>
(Attorney for _____PLAINTIFF_____), whose address is
<u>555 N. CARANCAHUA, SUITE 1630   CORPUS CHRISTI, TX    78478</u>

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the <u>16th</u> day of <u>SEPTEMBER</u>, A.D. 200<u>2</u>.

_____<u>AURORA DE LA GARZA</u>_____, DISTRICT CLERK

RETURN OF OFFICER

Came to hand the 16th day of Sept, 2002, at 5:00 o'clock P.M., and executed (not executed) on the 17th day of Sept, 2002, by delivering to La Feria Police Dept Serving Chief of Police Donato Garcia in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the Plaintiff Original Petition.

Cause of failure to execute this citation is: _____

FEES serving 1 copy

Total....... $ _____

Fees paid by: _____

Sheriff/constable Cameron County, TEXAS

By _____ Deputy

C.P.

FILED 2:00 O'CLOCK P.M.
AURORA DE LA GARZA DIST. CLERK

SEP 17 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

Citation for Personal Service - GENERAL             Lit. Seq. # 5.005.01

No. 2002-09-003631-D

ORIGINAL

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: OFFICER GERARDO "JERRY" RAMIREZ
128 E. COMMERCIAL AVE.
LA FERIA, TEXAS

the        DEFENDANT        , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFFS' ORIGINAL COMPLAINT

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said         PETITION         was filed on SEPTEMBER 13, 2002. A copy of same accompanies this citation.

The file number of said suit being No. 2002-09-003631-D.

The style of the case is:

MARY E. CARRANZA, IND. AND AS NEXT FRIEND OF ANGEL
VS.
CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMEN

Said petition was filed in said court by        JOSEPH BARRIENTOS
(Attorney for        PLAINTIFF        ), whose address is
555 N. CARANCAHUA, SUITE 1630  CORPUS CHRISTI, TX    78478        .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 16th day of SEPTEMBER, A.D. 2002.

AURORA DE LA GARZA        , DISTRICT CLERK

RETURN OF OFFICER

Came to hand the _16TH_ day of _Sept._ _2002_, at _5:00_ o'clock _P_.M., and executed (~~not executed~~) on the _17TH_ day of _Sept._, _2002_ by delivering to _Officer Durado "Jerry" Ramirez_ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the _Plaintiff's Original Petition_.

Cause of failure to execute this citation is: _____.

FEES serving 1 copy
Total....... $ ___
Fees paid by: ___

Sheriff/~~constable~~ _Cameron_ County, TEXAS
By _[signature]_ ~~Deputy~~
C.P.

FILED 2:00 o'clock P.M.
AURORA DE LA GARZA, CLERK
SEP 17 2002
DISTRICT COURT OF CAMERON COUNTY, TEXAS
[signature]