*13*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARY E. CARRANZA, Individually and | § |
| As Next Friend of ANGEL MATTHEW | § |
| GONZALEZ, GUSTAVO GONZALEZ, | § |
| JR., and ALYSSA LAUREN GONZALEZ, | § |
| Minor Children, et.al. | § |
|        *Plaintiffs* | § |
| | § |
| VS. | § |
| | § |
| CITY OF LA FERIA, TEXAS, | § |
| LA FERIA POLICE DEPARTMENT, | § |
| OFFICER GERARDO "JERRY" | § |
| RAMIREZ, Individually and in his | § |
| Official Capacity; and | § |
| VALLEY BAPTIST MEDICAL CENTER | § |
|        *Defendant* | § |
| | §  CIVIL ACTION NO. B-02-180 |
| | §  (JURY REQUESTED) |
| GUSTAVO GONZALEZ, Individually | § |
| Pursuant to the Texas Wrongful Death Act | § |
| for the death of GUSTAVO GONZALEZ, | § |
| Deceased | § |
|        *Intervenor* | § |
| | § |
| VS. | § |
| | § |
| CITY OF LA FERIA, TEXAS, | § |
| LA FERIA POLICE DEPARTMENT, | § |
| OFFICER GERARDO "JERRY" | § |
| RAMIREZ, Individually and in his | § |
| Official Capacity; and | § |
| VALLEY BAPTIST MEDICAL CENTER | § |
|        *Defendants* | § |

---

**DEFENDANTS CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT, AND OFFICER GERARDO "JERRY" RAMIREZ' MOTION FOR PROTECTION FROM PLAINTIFFS' NOTICE OF INTENTION TO TAKE THE ORAL/VIDEO DEPOSITION OF THE WITNESS, SGT. A. R. GARCIA, THE WITNESS, LA FERIA POLICE DEPARTMENT POLICE CHIEF, DON GARCIA, AND THE WITNESS, VALLEY BAPTIST MEDICAL CENTER**

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW DEFENDANTS, THE CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT,  AND OFFICER GERARDO "JERRY" RAMIREZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY and files this, their Motion for Protection from Plaintiffs' Notice of Intention to Take Oral/Video Deposition of witness, Sgt. A. R. Garcia, witness, La Feria Police Department Police Chief, Don Garcia, and the witness, Valley Baptist Medical Center, and in support thereof submit the following:

1.      On Monday, November 4, 2002, Defendants' counsel received Plaintiffs' Notice of the Oral/ Video Deposition of witness, Sgt. A. R. Garcia, witness, La Feria Police Department Police Chief, Don Garcia, and the witness, Valley Baptist Medical Center, noticing these depositions for Tuesday, December 3, 2002 at 9:30 a.m. and 1:30 p.m., and for Wednesday, December 4, 2002 at 9:30 a.m. **(Exhibit "A")** Each of these notices was accompanied with a subpoena duces tecum for documents. Defendants move for protection from Plaintiffs' notices of depositions.

2.      Defendants have attempted to resolve this matter without the need for Court Intervention, via several phone calls and the attached correspondence. (Exhibit "B"). An agreement has not been reached, so Defendants now ask the Court for protection.

3.      The depositions noticed by Plaintiff are premature. Fed. R. Civ. P. 26(d). The parties have

2

yet to exchange initial disclosures, have not held their Rule 26(f) conference, have not prepared or filed a joint discovery/case management plan or had the plan approved to the Court at the Initial Pretrial Conference set for January 27, 2003. These prerequisites are required to be performed prior to the depositions being taken. Fed. R. Civ. P. 26(d). Until such time as these prerequisites are met, Plaintiff cannot unilaterally notice these depositions without leave of Court. Fed. R. Civ. P. 30(a)(2)(c). Additionally, the information exchanged during the Rule 26(f) conference and the documents exchanged in the initial disclosures will facilitate these depositions going more smoothly when they are taken. Lastly, the Court should rule on the pending motions before any discovery is undertaken. Accordingly, no depositions should be noticed or taken until after the Initial Pretrial Conference set for January 27, 2003.

4.       Further, Defendants were not consulted with regard to the time, place, or date of the depositions.

WHEREFORE, PREMISES CONSIDERED, Defendants, THE CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT AND OFFICER GERARDO "JERRY" RAMIREZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY pray that this Court issue a protective order from Plaintiffs' Notices of Intention to Take Oral Depositions and Subpoenas Duces Tecum referred to hereinabove and that the court set this motion for an expedited hearing, and for such other relief to which defendants may show themselves justly entitled.

Signed on November 18, 2002.

3

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

BY: _____
CHARLES WILLETTE, JR.
State Bar No. 21509700
USDC Adm. No. 1937

SETH MOORE
State Bar No. 24027522
USDC Adm. No. 28488

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing DEFENDANTS CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT, AND OFFICER GERARDO "JERRY" RAMIREZ' MOTION FOR PROTECTION FROM PLAINTIFFS' NOTICE OF INTENTION TO TAKE THE ORAL/VIDEO DEPOSITION OF THE WITNESS, SGT. A. R. GARCIA, THE WITNESS, LA FERIA POLICE DEPARTMENT POLICE CHIEF, DON GARCIA, AND THE WITNESS, VALLEY BAPTIST MEDICAL CENTER has on November 18, 2002, been forwarded to all counsel of record *via certified mail, return receipt requested,* as follows:

Mr. Joseph Barrientos
WATTS LAW FIRM, L.L.P.
555 N. Carancahua, Ste. 1400
Corpus Christi, Texas 78478

Mr. Phillip J. Stein
THE LAW OFFICE OF PHILLIP J. STEIN, P.C.
14-A Palm Village Center
Brownsville, Texas 78520

Mr. Scott Clark
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429

_____
CHARLES WILLETTE, JR.

## CERTIFICATE OF CONFERENCE

Undersigned has attempted to contact Plaintiffs' counsel; as of filing, however, Plaintiffs' counsel has not returned undersigned's call. Accordingly, undersigned presumes that Plaintiffs are opposed to this Motion.

_____
CHARLES WILLETTE, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARY E. CARRANZA, Individually and §
As Next Friend of ANGEL MATTHEW §
GONZALEZ, GUSTAVO GONZALEZ, §
JR., and ALYSSA LAUREN GONZALEZ, §
Minor Children, et.al. §
    *Plaintiffs* §
     §
     §
VS. §
     §
     §
CITY OF LA FERIA, TEXAS, §
LA FERIA POLICE DEPARTMENT, §
OFFICER GERARDO "JERRY" §
RAMIREZ, Individually and in his §
Official Capacity; and §
VALLEY BAPTIST MEDICAL CENTER §
    *Defendant* §
     §  CIVIL ACTION NO. B-02-180
     §  (JURY REQUESTED)
GUSTAVO GONZALEZ, Individually §
Pursuant to the Texas Wrongful Death Act §
for the death of GUSTAVO GONZALEZ, §
Deceased §
    *Intervenor* §
     §
VS. §
     §
CITY OF LA FERIA, TEXAS, §
LA FERIA POLICE DEPARTMENT, §
OFFICER GERARDO "JERRY" §
RAMIREZ, Individually and in his §
Official Capacity; and §
VALLEY BAPTIST MEDICAL CENTER §
    *Defendants* §

## ORDER SETTING HEARING ON DEFENDANTS CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT AND LA FERIA POLICE DEPARTMENT OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity's MOTION FOR PROTECTION

On this the _____ day of _____, 2002, came on to be considered, Defendants CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT, AND LA FERIA POLICE DEPARTMENT OFFICER GERARDO "JERRY' RAMIREZ", Individually and in his Official Capacity's Motion for Protection from Plaintiffs' Notice of Intention to Take Oral/Video Deposition of witness, Sgt. A. R. Garcia, witness, La Feria Police Department Police Chief, Don Garcia, and the witness, Valley Baptist Medical Center.  After considering same, the Court is of the opinion that a hearing should be held.     IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that the above-referenced Motion be and is hereby set for hearing on the _____ day of _____, 2002 at _____, o'clock, _____.m., in this Honorable Court.

SIGNED FOR ENTRY on this the _____ day of _____, 2002.


_____
UNITED STATES JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARY E. CARRANZA, Individually and<br>As Next Friend of ANGEL MATTHEW<br>GONZALEZ, GUSTAVO GONZALEZ,<br>JR., and ALYSSA LAUREN GONZALEZ,<br>Minor Children, et.al.<br>   *Plaintiffs*<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS,<br>LA FERIA POLICE DEPARTMENT,<br>OFFICER GERARDO "JERRY"<br>RAMIREZ, Individually and in his<br>Official Capacity; and<br>VALLEY BAPTIST MEDICAL CENTER<br>  *Defendant*<br><br><br>GUSTAVO GONZALEZ, Individually<br>Pursuant to the Texas Wrongful Death Act<br>for the death of GUSTAVO GONZALEZ,<br>Deceased<br>  *Intervenor*<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS,<br>LA FERIA POLICE DEPARTMENT,<br>OFFICER GERARDO "JERRY"<br>RAMIREZ, Individually and in his<br>Official Capacity; and<br>VALLEY BAPTIST MEDICAL CENTER<br>  *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

    CIVIL ACTION NO. B-02-180
    (JURY REQUESTED)

### ORDER GRANTING DEFENDANTS CITY OF LA FERIA, TEXAS LA FERIA POLICE DEPARTMENT, AND LA FERIA POLICE DEPARTMENT OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity's MOTION FOR PROTECTION

On this the _____ day of _____ 2002, came on to be considered, Defendants THE CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT, AND OFFICER GERARDO "JERRY" RAMIREZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY's Motion for Protection from Plaintiffs' Notice of Intention to Take Oral/Video Deposition of witness, Sgt. A. R. Garcia, witness, La Feria Police Department Police Chief, Don Garcia, and the witness, Valley Baptist Medical Center, in the above referenced cause of action. Upon consideration of said motion, the Court is of the opinion that same should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that Defendants' CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT, AND LA FERIA POLICE DEPARTMENT OFFICER GERARDO "JERRY' RAMIREZ", Individually and in his Official Capacity's Motion for Protection from Plaintiffs' Notice of Intention to Take Oral/Video Deposition of witness, Sgt. A. R. Garcia, witness, La Feria Police Department Police Chief, Don Garcia, and the witness, Valley Baptist Medical Center be and is GRANTED and said depositions are quashed.

SIGNED for entry this _____, day of November, 2002.

_____
UNITED STATES JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY E. CARRANZA, Individually and<br>As Next Friend of ANGEL MATTHEW<br>GONZALEZ, GUSTAVO GONZALEZ,<br>JR., and ALYSSA LAUREN GONZALEZ,<br>Minor Children, et.al.<br>*Plaintiffs* | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| VS. | §<br>§ | |
| CITY OF LA FERIA, TEXAS,<br>LA FERIA POLICE DEPARTMENT,<br>OFFICER GERARDO "JERRY"<br>RAMIREZ, Individually and in his<br>Official Capacity; and<br>VALLEY BAPTIST MEDICAL CENTER<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-02-180<br>(JURY REQUESTED) |
| GUSTAVO GONZALEZ, Individually<br>Pursuant to the Texas Wrongful Death Act<br>for the death of GUSTAVO GONZALEZ,<br>Deceased<br>*Intervenor* | §<br>§<br>§<br>§<br>§<br>§ | |
| VS. | §<br>§ | |
| CITY OF LA FERIA, TEXAS,<br>LA FERIA POLICE DEPARTMENT,<br>OFFICER GERARDO "JERRY"<br>RAMIREZ, Individually and in his<br>Official Capacity; and<br>VALLEY BAPTIST MEDICAL CENTER<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

---

**EXHIBIT "A"**

---

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARY E. CARRANZA, Individually §<br>And as Next Friend of ANGEL §<br>MATTHEW GONZALEZ, GUSTAVO §<br>GONZALEZ, JR. and ALYSSA LAUREN§<br>GONZALEZ, Minor Children §<br>And on Behalf of All of Those Entitled §<br>To Recover for Death of GUSTAVO §<br>GONZALEZ, Deceased, Under the §<br>Texas Wrongful Death Act, and §<br>CELIA MUNIZ GONZALEZ, §<br>Individually and As Personal §<br>Representative of the ESTATE OF §<br>GUSTAVO GONZALEZ, Deceased §<br> §<br> §<br> Plaintiffs §<br> §<br>vs. §<br> §<br>CITY OF LA FERIA, TEXAS, §<br>LA FERIA POLICE DEPARTMENT, §<br>OFFICER GERARDO "JERRY" §<br>RAMIREZ, Individually and in his §<br>Official Capacity; and §<br>VALLEY BAPTIST MEDICAL CENTER§<br> §<br> §<br> Defendants §<br> §<br> §<br>GUSTAVO GONZALEZ, Individually §<br>Pursuant to the Texas Wrongful Death §<br>Act for the death of GUSTAVO §<br>GONZALEZ, Deceased §<br> §<br> Intervenor §<br> §<br>vs. §<br> §<br>CITY OF LA FERIA, TEXAS §<br>OFFICER GERARDO "JERRY" §<br>RAMIREZ, Individually and in his §<br>Official Capacity; and §<br>VALLEY BAPTIST MEDICAL CENTER §<br> §<br> Defendants | CIVIL ACTION. NO. B-02-180 |

**PLAINTIFFS' NOTICE OF THE ORAL/VIDEO DEPOSITION, SUBPOENA DUCES TECUM  OF THE WITNESS, HARLINGEN POLICE DEPARTMENT, SGT. A. R. GARCIA**

TO:   Sgt. A. R. Garcia
      Harlingen Police Department
      1102 S. Commerce Street
      Harlingen, Texas
      (956) 427-8750

        Please take notice that the following oral deposition will be taken by the undersigned attorneys:

   (1)    The witness is:    **SGT. A. R. GARCIA**

   (2)    The deposition will begin at **9:30 a.m., on Tuesday, December 3, 2002**, and continue from day to day until the same has been completed.

   (3)    Place of the deposition will be the offices of:

          **WATTS LAW FIRM, L.L.P.**
          **Fort Brown Plaza**
          **1926 East Elizabeth Street**
          **Brownsville, Texas 78520**
          **(956) 544-0500**

   (4)    The deposition will be taken upon oral examination before a court reporter authorized by law to take depositions.

   (5)    Please take notice that the undersigned may cause the deposition to videotaped.

   (6)    Pursuant to Rule 30(b)(5), of the Federal Rules of Civil Procedure, the following books, papers, documents and tangible things (hereinafter "documents") are hereby designed to be produced by the witness at the time and place of the deposition if they have not been previously produced:

          (a)    The entire investigation file of the incident regarding the death of Gustavo Gonzalez at the Valley Baptist Medical Center on or about September 19, 2000;

(b)     Any and all photographs, videotapes, drawings, diagrams, or other items depicting the scene of this incident, Gustavo Gonzalez, Officer Gerardo "Jerry" Ramirez, the weapon, or ammunition involved in this case;

(c)     Any documents regarding the policies of the Valley Baptist Medical Center regarding the security of in custody patients including permissible firearms, permissible ammunition, restraint procedures and/or documents regarding restriction of any of those set items;

(d)     Any witness statements either written or recorded obtain as a result of the investigation of the death of Gustavo Gonzalez; and

(e)     Any and all items taken to or presented to the Grand Jury by the Harlingen Police Department or the Cameron County District Attorney's Office.

Respectfully submitted,

Mikal C. Watts
State Bar No. 20981820
Federal I.D. No. 12419
Joseph Barrientos
State Bar No. 01816495
Federal I.D. No. 15032
Ray R. Marchan
State Bar No. 12969050
Federal I.D. No. 9522
WATTS LAW FIRM, L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, TX 78478
Phone: (361) 887-0500
Fax: (361) 887-0055

By: _____
      Joseph Barrientos
      State Bar No. 01816495
      Federal I.D. No. 15032

      ATTORNEYS FOR PLAINTIFFS

---

## CERTIFICATE OF SERVICE

I here certify that a true and correct copy of the foregoing has been provided by

**Certified Mail Return Receipt Requested**, in accordance with the Federal Rules of

Civil Procedure, on the _____ day of October, 2002.

**CERTIFIED MAIL**
Charles Willette, Jr.
**WILLETTE & GUERRA, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

**CERTIFIED MAIL**
Phillip J. Stein
**THE LAW OFFICE OF PHILLIP J. STEIN, P.C.**
14-A Palm Village Center
Brownsville, Texas 78520

**CERTIFIED MAIL**
William L. Pope
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429

Joseph Barrientos

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARY E. CARRANZA, Individually    §
And as Next Friend of ANGEL    §
MATTHEW GONZALEZ, GUSTAVO    §
GONZALEZ, JR. and ALYSSA LAUREN§
GONZALEZ, Minor Children    §
And on Behalf of All of Those Entitled    §
To Recover for Death of GUSTAVO    §
GONZALEZ, Deceased, Under the    §
Texas Wrongful Death Act, and    §
CELIA MUNIZ GONZALEZ,    §
Individually and As Personal    §
Representative of the ESTATE OF    §
GUSTAVO GONZALEZ, Deceased    §
    §
Plaintiffs    §
    §
vs.    §
    §
CITY OF LA FERIA, TEXAS,    §
LA FERIA POLICE DEPARTMENT,    §
OFFICER GERARDO "JERRY"    §
RAMIREZ, Individually and in his    §
Official Capacity; and    §
VALLEY BAPTIST MEDICAL CENTER§
    §
Defendants    §
    §
    §    CIVIL ACTION. NO. B-02-180
GUSTAVO GONZALEZ, Individually    §
Pursuant to the Texas Wrongful Death    §
Act for the death of GUSTAVO    §
GONZALEZ, Deceased    §
    §
Intervenor    §
    §
vs.    §
    §
CITY OF LA FERIA, TEXAS    §
OFFICER GERARDO "JERRY"    §
RAMIREZ, Individually and in his    §
Official Capacity; and    §
VALLEY BAPTIST MEDICAL CENTER    §
    §
Defendants

---

Plts' Notice of the Oral/Video
Deposition, SDT, Don Garcia

Page 1

**PLAINTIFFS' NOTICE OF THE ORAL/VIDEO DEPOSITION, SUBPOENA DUCES TECUM, OF THE WITNESS, LA FERIA POLICE DEPARTMENT, POLIC E CHIEF, DON GARCIA**

TO:    Police Chief, Don Garcia
       La Feria Police Department
       115 East Commercial Avenue
       La Feria, Texas
       (956) 797-3121

Please take notice that the following oral deposition will be taken by the undersigned attorneys:

(1)    The witness is:    **POLICE CHIEF, DON GARCIA**

(2)    The deposition will begin at **1:30 p.m., on Tuesday, December 3, 2002,** and continue from day to day until the same has been completed.

(3)    Place of the deposition will be the offices of:

           **WATTS LAW FIRM, L.L.P.**
           **Fort Brown Plaza**
           **1926 East Elizabeth  Street**
           **Brownsville, Texas  78520**
           **(956) 544-0500**

(4)    The deposition will be taken upon oral examination before a court reporter authorized by law to take depositions.

(5)    Please take notice that the undersigned may cause the deposition to videotaped.

(6)    Pursuant to Rule 30(b)(5), of the Federal Rules of Civil Procedure, the following books, papers, documents and tangible things (hereinafter "documents") are hereby designed to be produced by the witness at the time and place of the deposition if they have not been previously produced:

       (a)    The entire investigation file including photographs, videotapes, statements, and all other documents regarding the investigation of the incident leading to the death of Gustavo Gonzalez on or about September 19, 2000;

       (b)    The personnel file of Officer Gerardo "Jerry" Ramirez; and

(c)    Any and all other complaints, grievances, suits, reports or other documentation of complaints of use of excessive force by members of the La Feria, Texas Police Department from 1995 up to and including the date of this notice.

Respectfully submitted,

Mikal C. Watts
State Bar No. 20981820
Federal I.D. No. 12419
Joseph Barrientos
State Bar No. 01816495
Federal I.D. No. 15032
Ray R. Marchan
State Bar No. 12969050
Federal I.D. No.  9522
WATTS LAW FIRM, L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, TX  78478
Phone:  (361) 887-0500
Fax: (361) 887-0055

By: _____
Joseph Barrientos
State Bar No. 01816495
Federal I.D. No. 15032

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I here certify that a true and correct copy of the foregoing has been provided by **Certified Mail Return Receipt Requested**, in accordance with the Federal Rules of Civil Procedure, on the ___31st___ day of October, 2002.

**CERTIFIED MAIL**
Charles Willette, Jr.
**WILLETTE & GUERRA, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

**CERTIFIED MAIL**
Phillip J. Stein
**THE LAW OFFICE OF PHILLIP J. STEIN, P.C.**
14-A Palm Village Center
Brownsville, Texas 78520

**CERTIFIED MAIL**
William L. Pope
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429

_____
Joseph Barrientos

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY E. CARRANZA, Individually<br>And as Next Friend of ANGEL<br>MATTHEW GONZALEZ, GUSTAVO<br>GONZALEZ, JR. and ALYSSA LAUREN<br>GONZALEZ, Minor Children<br>And on Behalf of All of Those Entitled<br>To Recover for Death of GUSTAVO<br>GONZALEZ, Deceased, Under the<br>Texas Wrongful Death Act, and<br>CELIA MUNIZ GONZALEZ,<br>Individually and As Personal<br>Representative of the ESTATE OF<br>GUSTAVO GONZALEZ, Deceased | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Plaintiffs | § | |
| vs. | § | |
| CITY OF LA FERIA, TEXAS,<br>LA FERIA POLICE DEPARTMENT,<br>OFFICER GERARDO "JERRY"<br>RAMIREZ, Individually and in his<br>Official Capacity; and<br>VALLEY BAPTIST MEDICAL CENTER | §<br>§<br>§<br>§<br>§<br>§ | |
| Defendants | §<br>§<br>§ | |
| GUSTAVO GONZALEZ, Individually<br>Pursuant to the Texas Wrongful Death<br>Act for the death of GUSTAVO<br>GONZALEZ, Deceased | §<br>§<br>§<br>§ | CIVIL ACTION. NO. B-02-180 |
| Intervenor | § | |
| vs. | § | |
| CITY OF LA FERIA, TEXAS<br>OFFICER GERARDO "JERRY"<br>RAMIREZ, Individually and in his<br>Official Capacity; and<br>VALLEY BAPTIST MEDICAL CENTER | §<br>§<br>§<br>§<br>§ | |
| Defendants | § | |

---

Plts' Notice of the Oral/Video
Deposition, SDT,  of VBMC

<u>**PLAINTIFFS' NOTICE OF THE ORAL/VIDEO DEPOSITION, SUBPOENA DUCES**</u>
<u>**TECUM, OF THE WITNESS, VALLEY BAPTIST MEDICAL CENTER**</u>

**[Re: VMBC's** Regarding patients in custody and under police guard; Firearms and munitions policies; Restraint practices for in-custody patients; and Investigation of the incident regarding the death of Gustavo Gonzalez.

TO:    DEFENDANT, VALLEY BAPTIST MEDICAL CENTER, by and through its attorney of record, William L. Pope, ADAMS & GRAHAM, L.L.P., P. O. Drawer 1429, Harlingen, Texas 78551-1429

Please take notice that the following oral deposition will be taken by the undersigned attorneys:

(1)    The witness is:    **VALLEY BAPTIST MEDICAL CENTER**

Pursuant to Rule 30, of the Federal Rules of Civil Procedure, VALLEY BAPTIST MEDICAL CENTER is hereby notified of its obligation to designate one or more person or persons having actual knowledge of the following subject and authorized to testify as its designated corporate representative on this subject and give testimony in this case.

The subject matter of the deposition will concern the following matter(s):

(a)    Valley Baptist Medical Center's policies regarding the restraint, surveillance and security of in-custody patients (those patients who are in custody of a law enforcement agency).

(b)    Weapons and ammunitions policies with regard to law enforcement officers and/or VMBC personnel guarding in-custody patients;

(c)    Coordination of the practices or policies to the extent they exist in (a) and (b) above with law enforcement agencies, specifically the La Feria, Texas Police Department;

(d)    The investigation of the incident leading to the death of Gustavo Gonzalez, Jr. on or about September 19, 2000.

(2)    The deposition will begin at **9:30 a.m., on Wednesday, December 4, 2002,** and continue from day to day until the same has been completed.

(3)    Place of the deposition will be the offices of:

**WATTS LAW FIRM, L.L.P.**
**Fort Brown Plaza**
**1926 East Elizabeth  Street**
**Brownsville, Texas  78520**
**(956) 544-0500**

(4)    The deposition will be taken upon oral examination before a court reporter authorized by law to take depositions.

(5)    Please take notice that the undersigned may cause the deposition to videotaped.

(6)    Pursuant to Rule 30(b)(5), of the Federal Rules of Civil Procedure, the following books, papers, documents and tangible things (hereinafter "documents") are hereby designed to be produced by the witness at the time and place of the deposition <u>if they have not been previously produced</u>:

(a)    All documents in Valley Baptist Medical Center's possession relating to the subject matter of Paragraph's (1)(a-d);

(b)    A curriculum vitae, personal history or other similar document of the person giving  testimony;

(c)    Valley Baptist Medical Center's Safety Manual/Policy regarding the security of in-custody patients;

(d)    Valley Baptist Medical Center's Policy regarding firearms and ammunition used by law enforcement officers and/or VMBC security personnel; and

(e)    Any and all documents, reports, memos, photographs, videotapes, memoranda or other items relating to the investigation of the incident leading to the death of Gustavo Gonzalez on or about September 19, 2000.

(3)     Place of the deposition will be the offices of:

> **WATTS LAW FIRM, L.L.P.**
> **Fort Brown Plaza**
> **1926 East Elizabeth  Street**
> **Brownsville, Texas  78520**
> **(956) 544-0500**

(4)     The deposition will be taken upon oral examination before a court reporter authorized by law to take depositions.

(5)     Please take notice that the undersigned may cause the deposition to videotaped.

(6)     Pursuant to Rule 30(b)(5), of the Federal Rules of Civil Procedure, the following books, papers, documents and tangible things (hereinafter "documents") are hereby designed to be produced by the witness at the time and place of the deposition if they have not been previously produced:

(a)     All documents in Valley Baptist Medical Center's possession relating to the subject matter of Paragraph's (1)(a-d);

(b)     A curriculum vitae, personal history or other similar document of the person giving  testimony;

(c)     Valley Baptist Medical Center's Safety Manual/Policy regarding the security of in-custody patients;

(d)     Valley Baptist Medical Center's Policy regarding firearms and ammunition used by law enforcement officers and/or VMBC security personnel; and

(e)     Any and all documents, reports, memos, photographs, videotapes, memoranda or other items relating to the investigation of the incident leading to the death of Gustavo Gonzalez on or about September 19, 2000.

Respectfully submitted,

Mikal C. Watts
State Bar No. 20981820
Federal I.D. No. 12419
Joseph Barrientos
State Bar No. 01816495
Federal I.D. No. 15032
Ray R. Marchan
State Bar No. 12969050
Federal I.D. No. 9522
WATTS LAW FIRM, L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, TX 78478
Phone: (361) 887-0500
Fax: (361) 887-0055

By: _____
Joseph Barrientos
State Bar No. 01816495
Federal I.D. No. 15032

ATTORNEYS FOR PLAINTIFFS

---

## CERTIFICATE OF SERVICE

I here certify that a true and correct copy of the foregoing has been provided by

**Certified Mail Return Receipt Requested**, in accordance with the Federal Rules of

Civil Procedure, on the _31st_ day of October, 2002.

**CERTIFIED MAIL**
Charles Willette, Jr.
**WILLETTE & GUERRA, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

**CERTIFIED MAIL**
Phillip J. Stein
**THE LAW OFFICE OF PHILLIP J. STEIN, P.C.**
14-A Palm Village Center
Brownsville, Texas 78520

**CERTIFIED MAIL**
William L. Pope
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429

Joseph Barrientos

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY E. CARRANZA, Individually and | § | |
| As Next Friend of ANGEL MATTHEW | § | |
| GONZALEZ, GUSTAVO GONZALEZ, | § | |
| JR., and ALYSSA LAUREN GONZALEZ, | § | |
| Minor Children, et.al. | § | |
| *Plaintiffs* | § | |
| | § | |
| VS. | § | |
| | § | |
| CITY OF LA FERIA, TEXAS, | § | |
| LA FERIA POLICE DEPARTMENT, | § | |
| OFFICER GERARDO "JERRY" | § | |
| RAMIREZ, Individually and in his | § | |
| Official Capacity; and | § | |
| VALLEY BAPTIST MEDICAL CENTER | § | |
| *Defendant* | § | |
| | § | CIVIL ACTION NO. B-02-180 |
| | § | (JURY REQUESTED) |
| GUSTAVO GONZALEZ, Individually | § | |
| Pursuant to the Texas Wrongful Death Act | § | |
| for the death of GUSTAVO GONZALEZ, | § | |
| Deceased | § | |
| *Intervenor* | § | |
| | § | |
| VS. | § | |
| | § | |
| CITY OF LA FERIA, TEXAS, | § | |
| LA FERIA POLICE DEPARTMENT, | § | |
| OFFICER GERARDO "JERRY" | § | |
| RAMIREZ, Individually and in his | § | |
| Official Capacity; and | § | |
| VALLEY BAPTIST MEDICAL CENTER | § | |
| *Defendants* | § | |

---

**EXHIBIT "B"**

---

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
HUGH P. TOUCHY
EILEEN M. LEEDS

ELIZABETH SANDOVAL CANTU*
ROMAN "DINO" ESPARZA
EDUARDO G. GARZA
AMY LAWLER GONZALES
MELANIE A. MOORE
SETH MOORE
JACQUELINE R. SALINAS*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266
FACSIMILE (956) 686-5913

November 11, 2002

**Via Fax: 361-887-0055**
Mr. Joseph Barrientos
WATTS & HEARD, L.L.P.
555 North Carancahua, Suite 1400
Corpus Christi, Texas   78478-0801

Re:   Civil No. B-02-180
Mary E. Carranza, et. al. vs.
City of La Feria, et. al.
U.S. District Court
Southern District of Texas
Brownsville Division
**Our File No. 00-199   CW/SM**

Dear Mr. Barrientos:

We are in receipt of your previous deposition notices scheduling the depositions of Harlingen Police Department Sgt. A.R. Garcia, La Feria Chief Don Garcia, and a representative of the Valley Baptist Medical Center for December 3, 2002, and December 4, 2002. I know you have already discussed these depositions with Seth Moore of my office wherein Seth requested that they be postponed until after the initial pretrial conference is held so we can hold our Rule 26 meeting, make our Rule 26 Disclosures, prepare and file our Joint Discovery and Case Management Plan and have the court rule on pending motions.

I wanted to follow up and make sure we were hopefully going to be able to reach an agreement on this matter. Accordingly, I would request that you please agree to withdraw the deposition notices until after the initial pretrial conference set for January 27th is held, which will give us time to have our Rule 26 meeting, make our disclosures, prepare and file our Joint Discovery and Case Management Plan and let the court rule on the pending motions. I will produce certain documents in my Rule 26 Disclosure which would definitely facilitate those future depositions going smoother instead of you obtaining those documents at the time of the depositions. Therefore, I believe it would be in everyone's best interest if we agree to postpone these depositions until after the

Mr. Joseph Barrientos
WATTS & HEARD, L.L.P.
November 11, 2002
Page 2

initial pretrial conference.

Accordingly, if you agree to withdraw the deposition notices, please sign where indicated below and fax back to me but if I do not receive this signed agreement back from you by this Friday, November 15, 2002, I will assume you are not in agreement to withdraw the deposition notices voluntarily and I will then be forced to file my motion for protective order.  If you would like to discuss this matter in more detail, please don't hesitate to let me know; otherwise, I look forward to hearing from you at your earliest convenience regarding this request.

Very Truly Yours,

WILLETTE & GUERRA, L.L.P.

By: _____
　　　Charles Willette, Jr.

APPROVED AND AGREED:

By: _____
　　　Joseph Barrientos

CW/lb

xc:

**Via Fax: 428-2954**
Mr. Scott Clark
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
Harlingen, TX 78551-1429

**Via Fax: 541-9244**
Mr. Phillip J. Stein
The Law Office of Phillip J. Stein, P.C.
14-A Palm Village Center
Brownsville, Texas 78520