The depositions are currently scheduled for December 3, 2002, and December 4, 2002. The initial pretrial conference is not scheduled until January 27, 2003. As a result, Plaintiffs are hereby **ORDERED** to respond to Defendants' Motion for Protective Order no later than 3:00 p.m. on November 25, 2002.

DONE at Brownsville, Texas, this 20th day of November, 2002.

_____
Hilda G. Tagle
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARY E. CARRANZA, Individually and as Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR., and ALYSSA LAUREN GONZALEZ, Minor Children, et. al, | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-180 |
| CITY OF LA FERIA, TEXAS, et. al, | § § § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED, that on November 20, 2002, the Court considered the Defendants' Motion for Protective Order [Dkt. No. 13]. Defendants request that the Court issue a Protective Order limiting the timing of discovery pursuant to Federal Rule of Civil Procedure 26(c)(2). Defendants assert that depositions of several witnesses, notice of which Plaintiffs served on October 31, 2002, were prematurely served because the parties have not exchanged initial disclosures, have not held a Rule 26(f) conference, have not filed a joint discovery/case management plan, and have not attended an initial pretrial conference before the Court. Specifically, Defendants explain that a Rule 26(f) conference will bear fruit regarding the depositions and thus ensure that discovery, including the taking of depositions, will proceed more smoothly.

The Court notes that pursuant to Federal Rule of Civil Procedure 30(a)(2)(C), leave from the Court is required to take depositions before the time specified in Rule 26(d). Rule 26(d), in turn, prohibits a party from seeking "discovery from any source before the parties have conferred" in a Rule 26(f) conference.