IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARY E. CARRANZA, Individually §<br>And as Next Friend of ANGEL §<br>MATTHEW GONZALEZ, GUSTAVO §<br>GONZALEZ, JR. and ALYSSA LAUREN §<br>GONZALEZ, Minor Children §<br>And on Behalf of All of Those Entitled §<br>To Recover for Death of GUSTAVO §<br>GONZALEZ, Deceased, Under the §<br>Texas Wrongful Death Act, and §<br>CELIA MUNIZ GONZALEZ, §<br>Individually and As Personal §<br>Representative of the ESTATE OF §<br>GUSTAVO GONZALEZ, Deceased §<br>§<br>Plaintiffs §<br>vs. §<br>§<br>CITY OF LA FERIA, TEXAS, §<br>LA FERIA POLICE DEPARTMENT, §<br>OFFICER GERARDO "JERRY" §<br>RAMIREZ, Individually and in his §<br>Official Capacity; and §<br>VALLEY BAPTIST MEDICAL CENTER §<br>§<br>Defendants | |
| | CIVIL ACTION. NO. B-02-180 |
| GUSTAVO GONZALEZ, Individually §<br>Pursuant to the Texas Wrongful Death §<br>Act for the death of GUSTAVO §<br>GONZALEZ, Deceased §<br>§<br>Intervenor §<br>§<br>vs. §<br>§<br>CITY OF LA FERIA, TEXAS §<br>OFFICER GERARDO "JERRY" §<br>RAMIREZ, Individually and in his §<br>Official Capacity; and §<br>VALLEY BAPTIST MEDICAL CENTER §<br>§<br>Defendants | |

## PLAINTIFF S' RESPONSE TO DEFENDANT CITY OF LA FERIA'S MOTION FOR PROTECTIVE ORDER

COMES NOW, Plaintiffs, MARY E. CARRANZA, Individually And as Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR. and ALYSSALAUREN GONZALEZ, Minor Children And on Behalf of All of Those Entitled To Recover for Death of GUSTAVO GONZALEZ, Deceased, Under the Texas Wrongful Death Act, and CELIA MUNIZ GONZALEZ, Individually and As Personal Representative of the ESTATE OF GUSTAVO GONZALEZ, Deceased, in the above styled and numbered cause and files their Response to Defendant City of La Feria's Motion For Protective Order.

1. Plaintiffs filed their initial case on September 13, 2002 in the State District Court. The Defendants thereafter removed the case to Federal District Court Brownsville Division on September 20, 2002. Defendants also filed several motions including Defendants City of La Feria, Texas; La Feria Police Department, and Officer Gerardo "Jerry" Ramirez' Rule 12(b)(6) Motions to Dismiss and Defendants City of La Feria, Texas, La Feria Police Department.

2. On the 20th day of September, 2002, the court notified all parties that the Initial Pretrial was set for January 27, 2003. It has been Plaintiffs understanding that the governmental Defendants would seek rulings on their pending motions at the time of the initial pretrial hearing. In order to prepare to meet and respond to those motions, Plaintiffs noticed the depositions of various Defendants for early December 2002.

3. Since noticing those depositions, Defendant City of La Feria has contacted Plaintiffs counsel and offered to meet and discuss the scope of discovery and make disclosures on certain issues relevant to their pending motions.

4.  Plaintiffs counsel was not able to reply to defense counsel's request by Friday November. 15th when Defendants filed their Motions for Protective Order. Since that time all parties have reached an agreement, Plaintiffs have cancelled the depositions, and the parties have agreed to meet and discuss disclosures during the week of December 9th (See letter agreement attached as Exhibit "A".)

5.  The dispute has been resolved by the parties without the necessity of further court action.

        Mikal C. Watts
        State Bar No. 20981820
        Federal I.D. No. 12419
        Joseph Barrientos
        State Bar No. 01816495
        Federal I.D. No. 15032
        Ray R. Marchan
        State Bar No. 12969050
        Federal I.D. No. 9522
        WATTS LAW FIRM, L.L.P.
        555 N. Carancahua, Suite 1400
        Corpus Christi, TX 78478
        Phone: (361) 887-0500
        Fax: (361) 887-0055

By: _____
        Joseph Barrientos
        State Bar No. 01816495
        Federal I.D. No. 15032

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I here certify that a true and correct copy of the foregoing has been provided by **Certified Mail Return Receipt Requested**, in accordance with the Federal Rules of Civil Procedure, on the 22nd day of November, 2002.

Mr. Charles Willette, Jr.
**WILLETTE & GUERRA, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Phillip J. Stein
**THE LAW OFFICE OFPHILLIP J. STEIN, P.C.**
14-A Palm Village Center
Brownsville, Texas 78520

Mr. Scott Clark
**ADAMS & GRAHAM, L.L.P.**
P.O. Drawer 1429
Harlingen, Texas 78551-1429

_____
Joseph Barrientos

# EXHIBIT "A"



G. Joseph Barrientos
Attorney at Law

Telephone: 361.887.0500
Facsimile: 361.887.0055

November 20, 2002

Mr. Charles Willette, Jr.　　　　　　　　VIA FAX: (956) 541-1893
WILLETTE & GUERRA
International Plaza, Suite 1400
3505 Boca Chica, Suite 460
Brownsville, Texas 78521

    Re:    Civil Action No. B-02-180; *Mary E. Carranza, et al v. City of La Feria, et al*; In The United States District Court For The Southern District of Texas, Brownsville Division
           File No. 1306

Dear Mr. Willette:

    I am in receipt of the Order signed today by Judge Tagle in the above-styled and numbered cause requesting my response to your Motion for Protection Order. I apologize that I was not able to respond to your letter prior to the filing of your Motion. With regard to the depositions set December 3rd and 4th, I am amenable to postponing those depositions until such time as all the parties involved have had an opportunity to conduct our initial planning meeting, make initial disclosure and perhaps narrow the scope of some of the discovery. Toward that end, please be advised that I am canceling the depositions set for December 3rd and 4th with the understanding that your office and counsel for Valley Baptist Medical Center will make yourselves available during the week of December 9th for a conference on these matters.

    If we have an agreement in principle then I do not see the need to take the Court's time to hear this matter. If you are in agreement, please sign in the space provided below and I will include a copy of this letter in my response to the Court to show that we have resolved this matter without the necessity of the Court involvement.

    If you have any further questions in this matter, please do not hesitate to contact me.

Corpus Christi • Houston • San Antonio • Brownsville • McAllen

Tower II Building, 14th Floor • 555 North Carancahua Street • Corpus Christi, Texas 78478
Email: jbarrientos@watslawfirm.com

Very truly yours,

WATTS LAW FIRM, L.L.P.

Joseph Barrientos

GJB/js

AGREED:

BY: _____
CHARLES WILLETTE

cc:  Mr. Phillip J. Stein                                    VIA FAX: (956) 541-9244
     THE LAW OFFICE OF PHILLIP J. STEIN, P.C.
     14-A Palm Village Center
     Brownsville, Texas 78520

     Mr. Scott Clark                                         VIA FAX: (956) 428-2954
     ADAMS & GRAHAM, L.L.P.
     P.O. Drawer 1429
     Harlingen, Texas 78551-1429