FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARY E. CARRANZA, Individually and As Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR., and ALYSSA LAUREN GONZALEZ, Minor Children, et.al.<br>   *Plaintiffs*<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS,<br>LA FERIA POLICE DEPARTMENT,<br>OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and<br>VALLEY BAPTIST MEDICAL CENTER<br>   *Defendant*<br><br>GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the death of GUSTAVO GONZALEZ, Deceased<br>   *Intervenor*<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS,<br>OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and<br>VALLEY BAPTIST MEDICAL CENTER<br>   *Defendant* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br><br><br><br><br>CIVIL ACTION NO. B-02-180<br>(JURY REQUESTED) |

**JOINT REPORT ON MEETING REQUIRED BY RULE 26(F)
AND JOINT DISCOVERY/CASE MANAGEMENT PLAN**

1. State when and where the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   **The parties, through counsel, met on December 16, 2002 via telephonic conference.**

   **Mr. Seth Moore attended for Defendants City of La Feria and Gerardo Ramirez.**

   **Mr. Joseph Barrientos appeared for the Plaintiffs.**

   **Mr. Phillip J. Stein appeared for the Intervenor.**

   **Mr. Scott Clark appeared for Defendant Valley Baptist Medical Center.**

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

   **None.**

3. Specify the allegation of federal jurisdiction.

   **Jurisdiction and venue are proper in this Court under 28 U.S.C. §§ 1331 and 1441(b).**

4. Name the parties who disagree and the reasons.

   **None.**

5. List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.

   **None at this time.**

6. List anticipated interventions.

   **None.**

7. Describe class-action issues.

   **None.**

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

   **Defendants City of La Feria and Officer Gerardo Ramirez in his individual and official capacities will make their initial disclosures by *January 13, 2003*.**

   **Plaintiffs will make their initial disclosures by *January 13, 2003*.**

   **Intervenor will make his initial disclosures by *January 13, 2003*.**

   **Defendant Valley Baptist Medical Center will make its initial disclosures by *January 13, 2003*.**

9. Describe the proposed agreed discovery plan, including:

   A) Responses to all the matters raised in Rule 26(f).

   **At this time, the parties do not feel any changes should be made in the timing, form or requirement for disclosures.**

   **At this time, the parties will need discovery on the facts of the incident, the allegations made by Plaintiffs and Intervenors, and the defenses raised by Defendants.**

   **At this time, the parties do not feel discovery should be conducted in phases.**

   **At this time, the parties do not require any changes in the discovery limitations imposed under the federal rules or the local rules.**

   B) When and to whom the plaintiffs anticipate it may send interrogatories.

   **Plaintiffs anticipate sending interrogatories to all other parties within thirty (30) days after the Initial Pre-Trial Conference.**

   **Intervenor anticipates sending interrogatories to all other parties within thirty (30) days after the Initial Pre-Trial Conference.**

C) When and to whom the defendant anticipates it may send interrogatories.

**Defendants City of La Feria and Gerardo Ramirez anticipate sending interrogatories to all other parties within sixty (60) days after the Initial Pre-Trial Conference.**

**Defendant Valley Baptist Medical Center anticipates sending interrogatories to all other parties within sixty (60) days after the Initial Pre-Trial Conference.**

D) Of whom and by when the plaintiffs anticipate taking oral depositions.

**Plaintiffs anticipate they will begin taking the oral deposition of any defendants and any witnesses Defendants designate within *fourteen (14) days* after the Initial Pre-Trial Conference.**

**Intervenor anticipates he will begin taking the oral deposition of any defendants and any witnesses Defendants designate within *fourteen (14)* days after the Initial Pre-Trial Conference.**

E) Of whom and by when the defendant anticipates taking oral depositions.

**Defendants City of La Feria and Gerardo Ramirez anticipate they will begin taking the depositions of the Plaintiffs, Intervenor, and any witnesses designated by them, within *sixty (60) days* after the Initial Pre-Trial Conference.**

**Defendants Valley Baptist Medical Center anticipates they will begin taking the depositions of the Plaintiffs, Intervenor, and any witnesses designated by them, within *sixty (60) days* after the Initial Pre-Trial Conference.**

F) When the plaintiffs (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

**Plaintiffs and Intervenor will designate and provide reports within *one hundred eighty (180) days* after the Initial Pre-Trial Conference.**

**Defendants will designate responsive experts and provide reports within *thirty (30) days* after the receipt of Plaintiff and Intervenor's expert(s) report(s).**

G)　List expert depositions that plaintiffs (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**Plaintiffs and Intervenor anticipate taking oral depositions of any experts Defendants designate within *thirty (30) days* after the receipt of Defendant's expert(s) report(s).**

H)　List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**Defendants anticipate taking depositions of any experts Plaintiffs and Intervenor designate within sixty (60) days after the receipt of Plaintiff and Intervenor's expert(s) report(s).**

10.　If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**None.**

11.　Specify the discovery beyond initial disclosures that has been undertaken to date.

**None.**

12.　State the date the planned discovery can reasonably be completed.

**The Parties anticipate that planned discovery can reasonably be completed within *two hundred seventy (270)* days after the Initial Pre-Trial Conference.**

13.　Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**None at this time.**

14.　Describe what each party has done or agreed to do to bring about a prompt resolution.

**Each party is investigating the facts and legal grounds of this case with the idea of prompt resolution of this matter.**

**The parties have also agreed to pursue alternative dispute resolution procedures at some point prior to trial.**

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

    **Mediation will be considered at a later date.**

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

    **The parties do not agree to consent to trial before a magistrate at this time.**

17. State whether a jury demand has been made and if it was made on time.

    **A jury demand was made on time.**

18. Specify the number of hours it will take to present the evidence in this case.

    **The parties anticipate it will take *5-10* eight hour days to present the evidence in this case.**

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    **Defendants' City of La Feria and Gerry Ramirez Motions to Dismiss Pursuant to Rule 12(b)(6).**

    **Plaintiffs' Motion to Remand.**
    **Valley Baptist Medical Center's Motion to Dismiss pursuant to Rule 12(b)(6).**

    **Plaintiffs are requesting leave for discovery on the immunity issues prior to the Court's consideration of any immunity issues.**

20. List other motions pending.

    **None at this time.**

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    **Plaintiffs might seek leave to send depositions by written questions to the District Attorney's office..**

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

SIGNED this __13th__ day of January, 2003.

THE WATTS LAW FIRM
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478
Telephone    : (361) 887-0500
Facsimile    : (361) 887-0055

_____
Mr. Joseph Barrientos
Federal I.D. No. 15032
State Bar No. 01816495
**ATTORNEY FOR PLAINTIFFS**

LAW OFFICES OF
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78520
Telephone    : (956) 541-1846
Facsimile    : (956) 541-1893

_____
Mr. Charles Willette Jr.
Federal I.D. No. 1937
State Bar No. 21509700
**ATTORNEYS FOR DEFENDANTS
CITY OF LA FERIA AND GERARDO
RAMIREZ**

LAW OFFICE OF
PHILIP J. STEIN. P.C.
14-A Palm Village Center
Brownsville, Texas 78520
Telephone    : (956) 541-9243
Facsimile    : (956) 541-9244

_____
Mr. Phillip J. Stein
Federal I.D. No. 24943
State Bar No. 19129600
**ATTORNEY FOR INTERVENOR**

ADAMS & GRAHAM L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone    : (956) 428-7495
Facsimile    : (956) 428-2954

_____
Mr. Scott T. Clark
Federal I.D. No. 21676
State Bar No. 00795896
**ATTORNEY FOR DEFENDANT
VALLEY BAPTIST MEDICAL CENTER**

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

SIGNED this 20th day of December, 2002.

| | |
|---|---|
| THE WATTS LAW FIRM<br>555 N. Carancahua, Suite 1400<br>Corpus Christi, Texas 78478<br>Telephone : (361) 887-0500<br>Facsimile : (361) 887-0055 | LAW OFFICES OF<br>WILLETTE & GUERRA, L.L.P.<br>International Plaza, Suite 460<br>3505 Boca Chica Blvd.<br>Brownsville, Texas 78520<br>Telephone : (956) 541-1846<br>Facsimile : (956) 541-1893 |
| Mr. Joseph Barrientos<br>Federal I.D. No. 15032<br>State Bar No. 01816495<br>**ATTORNEY FOR PLAINTIFFS** | Mr. Charles Willette Jr.<br>Federal I.D. No. 1937<br>State Bar No. 21509700<br>**ATTORNEYS FOR DEFENDANTS CITY OF LA FERIA AND GERARDO RAMIREZ** |
| LAW OFFICE OF<br>PHILIP J. STEIN, P.C.<br>14-A Palm Village Center<br>Brownsville, Texas 78520<br>Telephone : (956) 541-9243<br>Facsimile : (956) 541-9244<br><br>*/s/ Phillip J. Stein*<br>Mr. Phillip J. Stein<br>Federal I.D. No. 24943<br>State Bar No. 19129600<br>**ATTORNEY FOR INTERVENOR** | ADAMS & GRAHAM L.L.P.<br>P.O. Drawer 1429<br>Harlingen, Texas 78551-1429<br>Telephone : (956) 428-7495<br>Facsimile : (956) 428-2954<br><br>Mr. Scott T. Clark<br>Federal I.D. No. 21676<br>State Bar No. 00795896<br>**ATTORNEY FOR DEFENDANT VALLEY BAPTIST MEDICAL CENTER** |

Page -7-

Page -6-

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

SIGNED this _____ day of December, 2002.

| | |
|---|---|
| THE WATTS LAW FIRM<br>555 N. Carancahua, Suite 1400<br>Corpus Christi, Texas 78478<br>Telephone  : (361) 887-0500<br>Facsimile  : (361) 887-0055 | LAW OFFICES OF<br>WILLETTE & GUERRA, L.L.P.<br>International Plaza, Suite 460<br>3505 Boca Chica Blvd.<br>Brownsville, Texas 78520<br>Telephone  : (956) 541-1846<br>Facsimile  : (956) 541-1893 |
| Mr. Joseph Barrientos<br>Federal I.D. No. 15032<br>State Bar No. 01816495<br>**ATTORNEY FOR PLAINTIFFS** | Mr. Charles Willette Jr.<br>Federal I.D. No. 1937<br>State Bar No. 21509700<br>**ATTORNEYS FOR DEFENDANTS CITY OF LA FERIA AND GERARDO RAMIREZ** |
| LAW OFFICE OF<br>PHILIP J. STEIN. P.C.<br>14-A Palm Village Center<br>Brownsville, Texas 78520<br>Telephone  : (956) 541-9243<br>Facsimile  : (956) 541-9244 | ADAMS & GRAHAM L.L.P.<br>P.O. Drawer 1429<br>Harlingen, Texas 78551-1429<br>Telephone  : (956) 428-7495<br>Facsimile  : (956) 428-2954<br><br>_/s/ Scott T. Clark_ |
| Mr. Phillip J. Stein<br>Federal I.D. No. 24943<br>State Bar No. 19129600<br>**ATTORNEY FOR INTERVENOR** | Mr. Scott T. Clark<br>Federal I.D. No. 21676<br>State Bar No. 00795896<br>**ATTORNEY FOR DEFENDANT VALLEY BAPTIST MEDICAL CENTER** |

Page -7-