IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 1 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARY E. CARRANZA, Individually § <br> And as Next Friend of ANGEL § <br> MATTHEW GONZALEZ, GUSTAVO § <br> GONZALEZ, JR. and ALYSSA LAUREN § <br> GONZALEZ, Minor Children § <br> And on Behalf of All of Those Entitled § <br> To Recover for Death of GUSTAVO § <br> GONZALEZ, Deceased, Under the § <br> Texas Wrongful Death Act, and § <br> CELIA MUNIZ GONZALEZ, § <br> Individually and As Personal § <br> Representative of the ESTATE OF § <br> GUSTAVO GONZALEZ, Deceased § <br> § <br> Plaintiffs § <br> vs. § <br> § <br> CITY OF LA FERIA, TEXAS, § <br> LA FERIA POLICE DEPARTMENT, § <br> OFFICER GERARDO "JERRY" § <br> RAMIREZ, Individually and in his § <br> Official Capacity; and § <br> VALLEY BAPTIST MEDICAL CENTER § <br> § <br> Defendants | |

CIVIL ACTION. NO. B-02-180

GUSTAVO GONZALEZ, Individually §
Pursuant to the Texas Wrongful Death §
Act for the death of GUSTAVO §
GONZALEZ, Deceased §
§
Intervenor §
§
vs. §
§
CITY OF LA FERIA, TEXAS §
OFFICER GERARDO "JERRY" §
RAMIREZ, Individually and in his §
Official Capacity; and §
VALLEY BAPTIST MEDICAL CENTER §
§
Defendants

## **INTERVENOR'S RULE 26(a) INITIAL DISCLOSURES**

TO: Defendants City of La Feria, Texas, La Feria Police Department, Officer Gerardo "Jerry" Ramirez by and through their attorney of record, Mr. Seth Moore, Willette & Guerra, International Plaza, Suite 460, 3505 Boca Chica Blvd., Brownsville, Texas 78521

TO: Defendant, Valley Baptist Medical Center, by and through its attorney of record, Mr. Scott Clark, Adams & Graham, L.L.P., P.O. Drawer 1429, Harlingen, Texas 78551-1429

TO: Plaintiffs Mary E. Carranza, Individually and As Next Friend of Angel Matthew Gonzalez, Gustavo Gonzalez, Jr., and Alyssa Lauren Gonzalez, Minor Children, et. al., by and through their attorney of record, Joseph Barrientos, The Watts Law Firm, 555 N. Carancahua, Suite 1400, Corpus Christi, Texas 78478.

COMES NOW, Intervenor, Gustavo Gonzalez, Individually Pursuant to the Texas Wrongful Death Act for the death of Gustavo Gonzalez, Deceased, herein, and pursuant to Rule 26(a) complies with the Disclosure Requirements of Fed.R.Civ.P. 26(a)(1) as follows:

### A.   INDIVIDUAL WITH DISCOVERABLE INFORMATION

1.) The name, address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, include:

1. The Estate of Gustavo Gonzalez, Mary Carranza, Angel Matthew Gonzalez, Gustavo Gonzalez, Jr. and Alyssa Lauren Gonzalez, Minor Children
514 E. Chapa Street
Pharr, Texas 78577

2. Celia Muniz Gonzalez
1313 Fago Palma
Alamo, Texas 78516

3. Gustavo Gonzalez, Sr.
address unknown

4. City of La Feria, Texas
115 E. Commercial Ave.
La Feria, Texas 78559

2

5.  La Feria Police Department
    128 East Commercial Ave.
    La Feria, Texas 78559

6.  Officer Gerardo "Jerry" Ramirez
    128 East Commercial Ave.
    La Feria, Texas 78559

7.  Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

8.  Texas Municipal League Intergovernmental Risk Pool

9.  Jaime Hernandez, M.D., P.A.
    524 South Cage, Suite F
    Pharr, Texas 78577
    (956) 787-3822

    Dr. Hernandez has treated Ms. Carranza for multiple medical problems including depression and insomnia.

10. Sgt. A. R. Garcia
    Harlingen Police Department
    1102 S. Commerce Street
    Harlingen, Texas 78551

11. Cameron County District Attorney's Office
    974 East Harrison
    Brownsville, Texas 78520

12. Chief Roberto Gonzalez
    La Feria Police Department
    128 East Commercial Ave.
    La Feria, Texas 78559

13. John Blaylock
    Cameron County District Attorney's Office
    974 E. Harrison
    Brownsville, Texas 78520

14. Dr. DeWitt S. Davenport, M.D.
    Pathologist
    P. O. Drawer 2588
    Harlingen, Texas 78551

        Dr. Davenport is the pathologist who performed the autopsy on decedent.

15.    Robert Escareno
        EMS Unit #705
        Station No. 3
        La Feria Fire Department
        115 E. Commercial Avenue
        La Feria, Texas

16.    Juan Galvan
        EMS Unit #705
        Station No. 3
        La Feria Fire Department
        115 E. Commercial Avenue
        La Feria, Texas

17.    R. Tamayo, Nurse
        Valley Baptist Medical Center
        2101 Pease Street
        Harlingen, Texas 78550

18.    Dr. Hector Guerra, M.D.
        Valley Baptist Medical Center
        2101 Pease Street
        Harlingen, Texas 78550

        Dr. Guerra was the emergency room physician who treated decedent.

19.    Dr. Marion R. Lawler, Jr., M.D.
        Valley Baptist Medical Center
        2101 Pease Street
        Harlingen, Texas 78550

        Dr. Lawler was the treating physician of the decedent.

20.    Dr. Tomas A. Gonzalez, M.D.
        Valley Baptist Medical Center
        2101 Pease Street
        Harlingen, Texas 78550

21.    Carolyn Schwartz, R.N.
        House Supervisor
        Valley Baptist Medical Center
        2101 Pease Street
        Harlingen, Texas 78550

22. Tina Briones
    Patient Relations at Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

23. James Martinez
    Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

    Mr. Martinez personally received the body from the hospital after decedent's death.

24. M. Lucio, R.N.
    Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

25. N. Valdez, L.V.N.
    Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

26. L. Vega, L.V.N.
    Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

    M. Lucio, N. Valdez and L. Vega are alleged witnesses to the incident.

27. E. Mauricio, R.N.
    House Nurse & Supervisor
    Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

28. Randy Baker
    Hospital Administrator
    Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

29. R. Flores, Jr.
    Harlingen Police Department
    1102 S. Commerce Street
    Harlingen, Texas 78551

30. R. R. Garza
    Harlingen Police Department
    1102 S. Commerce Street
    Harlingen, Texas 78551

31. S. Castillo
    Harlingen Police Department
    1102 S. Commerce Street
    Harlingen, Texas 78551

32. M. Loya
    Harlingen Police Department
    1102 S. Commerce Street
    Harlingen, Texas 78551

Mr. Flores, Mr. Garza, Mr. Castillo and Mr. Loya are all Harlingen Police Department officers on scene of shooting.

33. D. Barker, R. N.
    Nurse Manager
    Valley Baptist Medical Center

34. M. Lucio, R.N.
    Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

35. Mary Colbin, R. N.
    Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

36. Margarita Gonzalez, N.A.
    Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

37. Eusebia Hernandez, C.N.A.
    Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

38. Mario Silverio, R. N.
    Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

39. Mary Valdez, L.V.N.
    Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

40. Marta Lucio, R.N.
    Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

41. Rita Villarreal, R.N./Case Manager
    Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

42. Rebecca Gallaga, L.S.W.
    Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

43. Carmen Devars
    Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

44. David Zavala
    Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

45. John Tier, Director
    Valley Baptist Medical Center
    2101 Pease Street
    Harlingen, Texas 78550

All investigating officers from the following law enforcement agencies:

46. Harlingen Police Department
    1102 S. Commerce Street
    Harlingen, Texas 78551

47. La Feria Police Department
    128 East Commercial Ave.
    La Feria, Texas 78559

48. Cameron County Sheriff's Office
    974 E. Harrison
    Brownsville, Texas 78520

49. Honorable David A. Wise
    Justice of the Peace
    Pct. 5, Pl. 2
    608 East Harrison Street
    Harlingen, Texas
    (956) 425-8058

### B. RELEVANT DOCUMENTS AND TANGIBLE ITEMS

2.) The following is a list of documents, data compilations and tangible things in Plaintiff's and Intevenor's possession, custody, or control described by category and location, that Plaintiffs and Intevenor believe are relevant to disputed facts alleged with particularity in the pleadings:

a. Medical records of Decedent Gustavo Gonzalez **(DocEv # 1306-000001 and DocEv# 1306-000004)**;

b. Family photographs of Decedent and Plaintiffs **(DocEv # 1306-000005 to 1306-000103, DocEv# 1306-000169 thru1306-000176, and DocEv# 1306-000233 thru DocEv# 1306-000238)**;

c. Autopsy report and photographs from the autopsy of Decedent **(DocEv# 1306-000004)**;

d. Correspondence between the Decedent and family members **(DocEv# 1306-000104 thru 1306-000111, DocEv# 1306-000121, DocEv#1306-000124, DocEv#1306-000134 thru 1306-000141, DocEv# 1306-000145; and, DocEv#1306-000155 thru 1306-000168)**;

e. Newspaper articles regarding the incident in question **(DocEv#1306-000239 thru 1306-000244)**; and

f. Birth certificate of Decedent's minor children **(DocEv# 1306-000130)**.

## C. INFORMATION RELATED TO CALCULATION OF DAMAGES

3.)   Intervenor has not yet calculated the damages. The following non-privileged documents upon which such computations will be made will be based, in part, on the following documents.

    a. Family photographs of Decedent and Plaintiffs **(DocEv # 1306-000005 to 1306-000103, DocEv# 1306-000169 thru1306-000176, and DocEv# 1306-000233 thru DocEv# 1306-000238)**;

    b. Correspondence between the Decedent and family members **(DocEv# 1306-000104 thru 1306-000111, DocEv# 1306-000121, DocEv#1306-000124, DocEv#1306-000134 thru 1306-000141, DocEv# 1306-000145; and, DocEv#1306-000155 thru 1306-000168)**; and

    c. Birth Certificate of Decedent's minor children **(DocEv# 1306-000130)**.

The Plaintiffs have no insurance agreements regarding the Decedent or the Claimants as they relate to incident made the basis of this suit.

                                                Law Office of Phillip J. Stein, P.C.
                                                14-A Palm Village Center
                                                Brownsville, Texas 78520

By: _____
      Phillip J. Stein
      State Bar No. 19129600
      Federal I.D. No. 24943

      ATTORNEYS FOR INTERVENOR

## CERTIFICATE OF SERVICE

I here certify that a true and correct copy of the foregoing has been provided by **Certified Mail Return Receipt Requested**, in accordance with the Federal Rules of Civil Procedure, on the 13th day of January 2003.

Seth Moore
**WILLETTE & GUERRA, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

Joseph Barrientos
**THE WATTS LAW FIRM**
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

Scott Clark
**ADAMS & GRAHAM, L.L.P.**
P.O. Drawer 1429
Harlingen, Texas 78551-1429

_____
Phillip J. Stein