# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas  ■ Levesque |
| DATE | 01 / 27 / 03 |
| TIME | 2:25 p.m. — 2:45 p.m. |
| CIVIL ACTION | B - 02 - 180 |
| STYLE | Mary E. Carranza, et al. *versus* City of La Feria, TX, et al. |

United States District Court
Southern District of Texas
FILED
JAN 27 2003
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;        (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):                Joseph Barrientos
Attorney(s) for Defendant(s) La Feria:       Charles Willette, Jr.
Valley Baptist Medical Center:               Bill Pope
Attorney for Intervenor:                     Phillip J. Stein

Comments:

Defs clarified several factual points: Officer Ramirez was not the arresting officer. Gonzalez, the deceased, was kept under guard b/c during his arrest for DUI, he attempted to slit his throat. Based on these injuries he was taken to Valley Baptist Medical Center. Officer Ramirez of the La Feria Police Dep't kept guard of Gonzalez b/c he was considered dangerous (La Feria was the arresting jurisdiction and therefore they kept guard) During the arrest, the police searched the car and discovered the bill fold of a woman who was later discovered dead by the side of the road. Gonzalez was charged w/ murder of the woman and also attempted murder of one officer (he went after the officer w/ a knife).

Pending before the Court: VBMC and Defs' Motions to Dismiss. Pls acknowledge the pleadings are too general for pleadings in Fed ct. and were intended to be used in a filing in the state court. W/ that in mind, parties agree that the Court could hold the motions in abeyance while some discovery is conducted. At that time, defs might convert their Motion to Dismiss into a Motion for SJ. VBMC argues the pleadings are entirely inadequate and although they are not opposed to allowing Plaintiffs to conduct some preliminary discovery, before they go much further they would want a re-pleading so they can advise their clients of the suit against them. The Court asked whether some of the preliminary discovery concerning VBMC would simply be to determine what policies they had for patients being guarded, etc. Parties agreed this was the case.

Parties also agreed to amend the usual scheduling order, and the Court agreed as long as the parties are in agreement.