| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

MARY E. CARRANZA, ET AL §

vs. § Civil Action B: 02-180

CITY OF LA FERIA, TEXAS, ET AL §

United States District Court
Southern District of Texas
ENTERED

MAR 0 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __5-10__ days.                           ☐ Bench   ■ Jury

2. New parties must be joined by:                                          _____N/A_____
   *Furnish a copy of this scheduling order to new parties.*

3. Plaintiffs and Intervenor will designate experts and provide reports within
   180 days after the initial pre-trial conference:                        __July 28, 2003__

4. Defendants will designate responsive experts and provide reports within
   30 days after the receipt of Plaintiff and Intervenor's expert reports.

5. Discovery must be completed by:                                         __October 24, 2003__
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

***************************The Court will provide these dates***************************

6. Dispositive Motions will be filed by:                                   __November 24, 2003__

7. Joint pretrial order is due:                                            __February 18, 2004__

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:      __March 4, 2004__

9. Jury Selection is set for 9:00 a.m. on:                                 __March 8, 2004__
   *(The case will remain on standby until tried)*

Signed __March 4_____, 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge