IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 07 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARY E. CARRANZA, Individually and As Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR., and ALYSSA LAUREN GONZALEZ, Minor Children, et.al.<br>    *Plaintiffs*<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT, OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br>    *Defendant*<br><br>GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the death of GUSTAVO GONZALEZ, Deceased<br>    *Intervenor*<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS, OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br>    *Defendant* | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. B-02-180<br>(JURY REQUESTED) |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S ORDER AND TO REPLEAD

THE HONORABLE JUDGE OF UNITED STATES DISTRICT COURT:

COME NOW, Plaintiffs, MARY E. CARRANZA, Individually And As Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR. and ALYSSA LAUREN GONZALEZ, Minor Children and On Behalf of all of Those Entitled to

Recover For Death of GUSTAVO GONZALEZ, Deceased; Under the Texas Wrongful Death Act, and CELIA MUNIZ GONZALEZ, Individually and As Personal Representative of the ESTATE OF GUSTAVO GONZALEZ, Deceased, herein, and move this Court to grant an extension of time for Plaintiffs to respond to the Court's Order of February 10, 2003 and to replead.

### A. Introduction

1. MARY E. CARRANZA, Individually And As Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR. and ALYSSA LAUREN GONZALEZ, and CELIA MUNIZ GONZALEZ, Individually and As Personal Representative of the ESTATE OF GUSTAVO GONZALEZ, Deceased, are the Plaintiffs herein. The CITY OF LA FERIA, TEXAS, THE LA FERIA POLICE DEPARTMENT, OFFICER GERARDO "JERRY RAMIREZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY and VALLEY BAPTIST MEDICAL CENTER are the Defendants herein.

2. Plaintiffs sued Defendants' in state Court for violations of the Texas Tort Claims Act, the Texas Wrongful Death Act, under to U.S.C., §§1983 and 1988 for alleged violations of constitutional rights of 4th, 8th and 14th Amendments and claims of negligence.

3. The Defendants removed the case and thereafter filed Motions to Dismiss for Failure to State Claims upon which relief can be granted.

4. Defendants filed Motions to Dismiss prior to the time of the initial pre-trial hearing. Plaintiff's counsel understood that the Defendants were agreeing to temporarily abate consideration of their respective motions at the pre-trial hearing until such time as preliminary discovery could be conducted. Toward that end, Plaintiffs have noticed the depositions of representatives of the Valley Baptist Medical Center and the City of La Feria for the first week in April, 2003. On February 10, 2003, the Court

*Carranza vs. City of La Feria*
Plaintiff's Motion For Extension of Time to Respond of Court's Order and to Replead
Page 2 of 5

entered an Order on the respective motions to dismiss from the Defendants, granting the motions in certain respects, denying them in others and ordering the Plaintiffs to respond and re-plead to cure deficiencies by Monday March 10, 2003. Plaintiffs did not receive any notice of this order until March 7, 2003 via fax delivery.

5. Plaintiffs do oppose the Motions to Dismiss filed by the Defendants herein and move this Court to grant an extension of time to respond to the Courts' Order and to replead to meet the specified deficiencies. In fact, Plaintiffs Counsel drafted responses to the Motions to Dismiss prior to the Initial pre-trial hearing but did not file these because he understood that the motions would be abated until after initial discovery as discussed by Defendant's Counsel at the initial pre-trial hearing. If Plaintiffs have failed to respond to the motions in violation of the local rules, it was not through intentional disregard of the Court's Rules or through neglect, but rather due to a genuine misunderstanding as to the pendency of the Defendants' Motions to Dismiss after the proceedings at the Initial pre-trial conference. Otherwise, Plaintiffs would certainly have responded to each motion.

### B. Argument

6. Plaintiffs now respectfully request an extension of time to respond to the Court's Order and to replead to meet any deficiencies noted in the Courts Order of February 10, 2003. Plaintiff's counsel is unable to file a response by the Court Ordered deadline of March 10, 2003 as he did not receive notice of the Order until March 7, 2003. As the original Order required the Plaintiffs to respond in 30 days, Plaintiffs would request the same amount of time to respond to the Order and replead. Such an extension would be adequate and fair and would actually allow some of the contemplated discovery to occur via the depositions now noticed.

*Carranza vs. City of La Feria*
Plaintiff's Motion For Extension of Time to Respond of Court's Order and to Replead
Page 3 of 5

### C. Conclusion

7. This motion is not made for delay only, but rather in the interests of justice. Because Plaintiff's only received actual notice of the Courts' February 10, 2003 Order on March 7, 2003 and are unable to respond by the Court Ordered deadline of March 10, 2003, this Court should grant Plaintiff's Motion for Extension of Time to Respond and to Replead until April 10, 2003, or until such time as the Court may deem appropriate and for such other and further relief to which they may be entitled.

Respectfully Submitted

Mikal C. Watts
State Bar No. 20981820
Federal I.D. No. 12419
Joseph Barrientos
State Bar No. 01816495
Federal I.D. No. 15032
Ray R. Marchan
State Bar No. 12969050
Federal I.D. No. 9522
WATTS LAW FIRM, L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, TX 78478
Phone: (361) 887-0500
Fax: (361) 887-0055

By: /s/ Joseph Barrientos
Joseph Barrientos
State Bar No. 01816495
Federal I.D. No. 15032

ATTORNEYS FOR PLAINTIFFS

*Carranza vs. City of La Feria*
Plaintiff's Motion For Extension of Time to Respond of Court's Order and to Replead
Page 4 of 5

## CERTIFICATE OF SERVICE

I here certify that a true and correct copy of the foregoing has been provided by Delivery and Fax, in accordance with the Federal Rules of Civil Procedure, on the 7th day of ~~January~~ March, 2003.

Charles Willette, Jr.
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

Phillip J. Stein
THE LAW OFFICE OF PHILLIP J. STEIN, P.C.
14-A Palm Village Center
Brownsville, Texas 78520

William L. Pope
ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551-1429

_____
Joseph Barrientos

*Carranza vs. City of La Feria*
Plaintiff's Motion For Extension of Time to Respond of Court's Order and to Replead
Page 5 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARY E. CARRANZA, Individually and As Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR., and ALYSSA LAUREN GONZALEZ, Minor Children, et.al.<br>*Plaintiffs*<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT, OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br>*Defendant*<br><br>GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the death of GUSTAVO GONZALEZ, Deceased<br>*Intervenor*<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS, OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br>*Defendant* | CIVIL ACTION NO. B-02-180<br>(JURY REQUESTED) |

## ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S ORDER AND TO REPLEAD

On the _____ day of _____, 2003, came on to be heard Plaintiff's Motion for Extension of Time to Respond to the Court's Order of February 10, 2003 and to Replead. The Court, after having considered the Motion finds that the Motion should be GRANTED/DENIED.

Plaintiffs Motion for Extension of Time to Respond the Court's Order of February 10, 2003 is GRANTED. Plaintiff's shall respond to the Courts order of February 10, 2003 and replead to meet any deficiencies noted therein on or before the _____ day of _____, 2003.

Signed this the _____ day of _____ 2003.

_____
Judge Presiding

*Carranza vs. City of La Feria*
Order on Plaintiff's Motion For Extension of Time to Respond of Court's Order and to Replead
Page 2 of 2