IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAR 0 7 2003
Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED
MAR 1 0 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARY E. CARRANZA, Individually and As Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR., and ALYSSA LAUREN GONZALEZ, Minor Children, et.al.<br>*Plaintiffs*<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT, OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br>*Defendant*<br><br>GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the death of GUSTAVO GONZALEZ, Deceased<br>*Intervenor*<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS, OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br>*Defendant* | CIVIL ACTION NO. B-02-180<br>(JURY REQUESTED) |

## ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S ORDER AND TO REPLEAD

On the ___7___ day of ___March___, 2003, came on to be heard Plaintiff's Motion for Extension of Time to Respond to the Court's Order of February 10, 2003 and to Replead. The Court, after having considered the Motion finds that the Motion should be GRANTED/DENIED.

Plaintiffs Motion for Extension of Time to Respond the Court's Order of February 10, 2003 is GRANTED. Plaintiff's shall respond to the Courts order of February 10, 2003 and replead to meet any deficiencies noted therein on or before the ___10___ day of ___April___, 2003.

Signed this the ___7___ day of ___March___ 2003.

_____
Judge Presiding

Carranza vs. City of La Feria
Order on Plaintiff's Motion For Extension of Time to Respond of Court's Order and to Replead
Page 2 of 2