

IN THE UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 09 2003

Michael N. Milby, Clerk of Court

| | |
|---|---|
| MARY E. CARRANZA, Individually And As Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR. And ALYSSA LAUREN GONZALEZ, Minor Children And On Behalf of All of Those Entitled to Recover for Death of GUSTAVO GONZALEZ, DECEASED, Under the Texas Wrongful Death Act, and CELIA MUNIZ GONZALEZ, Individually and As Personal Representative of the ESTATE OF GUSTAVO GONZALEZ, Deceased<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT, OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br><br>Defendants<br><br>GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act For the death of GUSTAVO GONZALEZ, Deceased<br><br>Intervenor<br><br>vs.<br><br>CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT, OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br><br>Defendants | CIVIL ACTION NO. B-02-180 |

## UNOPPOSED EMERGENCY JOINT MOTION FOR EXTENSION OF TIME TO REPLEAD

TO THE HONORABLE JUDGE OF UNITED STATES DISTRICT COURT:

COME NOW, PLAINTIFFS MARY E. CARRANZA, Individually And As Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR. and ALYSSA LAUREN GONZALEZ, Minor Children and On Behalf of All of Those Entitled to Recover For the Death of GUSTAVO GONZALEZ, Deceased; Under the Texas Wrongful Death Acct, and CELIA MUNIZ GONZALEZ, Individually and As Personal Representative of the ESTATE OF GUSTAVO GONZALEZ, Deceased and INTERVENOR, GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the Death of GUSTAVO GONZALEZ, Deceased, herein, and move this Court to grant an extension of time for Plaintiffs and Intervenors to respond to the Court's Order of February 10, 2003 and to replead.

### A. Introduction

1. MARY E. CARRANZA, Individually And As Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR. and ALYSSA LAUREN GONZALEZ, and CELIA MUNIZ GONZALEZ, Individually and As Personal Representative of the ESTATE OF GUSTAVO GONZALEZ, Deceased, are the Plaintiffs and GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the Death of GUSTAVO GONZALEZ, Deceased, is the Intervenor herein. The CITY OF LA FERIA, TEXAS, THE LA FERIA POLICE DEPARTMENT, OFFICER GERARDO "JERRY" RAMIREZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY and VALLEY BAPTIST MEDICAL CENTER are the Defendants herein.

2.      Plaintiffs and Intervenor sued Defendants' in state Court for violations of the Texas Tort Claims Act, the Texas Wrongful Death Act, under to U.S.C. §§1983 and 1988 for alleged violations of constitutional rights of 4th, 8th and 14th Amendments and claims of negligence.

3.      The Defendants removed the case and thereafter filed Motions to Dismiss for Failure to State Claims upon which relief can be granted.

4.      Defendants filed Motions to Dismiss prior to the time of the initial pre-trial hearing. Plaintiffs' counsel and Intervenor's counsel understood that the Defendants were agreeing to temporarily abate consideration of their respective motions at the pre-trial hearing until such time as preliminary discovery could be conducted. Toward that end, Plaintiffs have noticed the depositions of representatives of the Valley Baptist Medical Center and the City of La Feria for the first week in April, 2003., On February 10, 2003, the Court entered an Order on the respective motions to dismiss from the Defendants, granting the motions in certain respects, denying them in others and ordering the Plaintiffs and Intervenor to respond and re-plead to cure deficiencies by Monday, March 10, 2003. Plaintiffs did not receive any notice of this order until March 7, 2003 via fax delivery. The court thereafter granted an extension of the deadline from March 10, 2003 to April 10, 2003 because of the delay in notice to Plaintiffs' and Intervenor's counsel.

### B. ARGUMENT

5.      On April 3, 2003, counsel for Valley Baptist Medical Center contacted Plaintiffs' counsel and informed him that the person with the most knowledge of the issues set forth in Plaintiffs deposition notice of Valley Baptist Medical Center would be out of the state of Texas for the entire week of April 7th and would not be available for deposition

until the week of April 14th. Plaintiffs counsel inquired as to whether any other person could respond to the deposition notice on behalf of he hospital but was informed that other witnesses would not have nearly as much personal knowledge of the issues to be discussed. Given this set of circumstances, counsel for Valley Baptist Medical Center offered to make the witness available on Monday April 14th in Brownsville, Texas.

6.   In addition, on Monday April 7, 2003, Mr. Bryan Vines, the Director of Information Systems for the Watts Law Firm, L.L.P. informed all attorneys in the office that, because of a severe problem with the firm's computer network server, we would be unable to access any of the active computer files until at least Monday, April 14th. He further informed Watts Law Firm, L.L.P. employees that it was likely that all case information stored in the server would be lost as a result of this computer disaster from February 7, 2003 forward. As a consequence, all of the work that had been performed in terms of drafting of documents in this case, as well as hundreds of others, has likely been lost.

7.   Plaintiffs counsel and Intervenor's counsel have consulted with counsel for all of the parties prior to the filing of this motion. None of the other parties oppose this motion for extension of time and Plaintiffs and Intervenor request an extension of the April 10th deadline for repleading entered by the Court until April 25, 2003. This will allow for the reconstitution of previously completed work lost in the computer crash and will not prejudice the rights of any of the parties involved and furthermore, will allow the accommodation to be made for the temporary absence of the Valley Baptist Medical Center witness.

## C. CONCLUSION

8. This motion is not made for delay only but rather in the interest of justice. Plaintiffs and Intervenor request an extension of time to replead from April 10, 2003 to April 25, 2003 and for such other and further relief to which they may be justly entitled.

Respectfully submitted,

Watts Law Firm, L.L.P.
555 N. Carancahua
Suite 1400, Tower II
Corpus Christi, Texas 78478
Telephone: (361) 887-0500
Fax: (361) 887-0055

By: _____
Mikal C, Watts
State Bar No. 20981820
Federal I.D. No. 12419
Joseph Barrientos
State Bar No. 01816495
Federal I.D. No. 15032

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing document was forwarded on this 9th _____ day of April, 2003, to the following counsel of record.

Mr. Phillip J. Stein
LAW OFFICES OF PHILLIP J. STEIN, P.C.
14-A Palm Village Center
Brownsville, Texas 78520

Mr. Charles Willette, Jr.
WILLETTE & GUERRA, L.L.P.
International Boulevard, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78520

Mr. Scott T. Clark
ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551-1429

_____
Joseph Barrientos