*C AB-02-180*                                           *26*

## ORDER ON UNOPPOSED EMERGENCY JOINT MOTION FOR EXTENSION OF TIME TO REPLEAD

*C A B - 0 2 - 1 8 0*

On the _____9th_____ day of ___April_____, 2003, came on to be heard

Plaintiffs and Intervenor's Unopposed Emergency Joint Motion for Extension of Time to

Replead to the Court's Order of March 10, 2003. The Court, after having considered the

Motion finds that the Plaintiffs and Intervenor's Unopposed Emergency Joint Motion

for Extension of Time to Replead is GRANTED/DENIED.

Plaintiffs and Intervenor's shall respond to the Court's Order of March 10, 2003

and replead to meet any deficiencies noted therein on or before the __10th__ day of __May__,

Signed this the __9th_____ day of ___April_____, 2003.

_____
JUDGE PRESIDING

United States District Court
Southern District of Texas
ENTERED

APR 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____