IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 8 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARY E. CARRANZA, Individually and As Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR., and ALYSSA LAUREN GONZALEZ, Minor Children, et.al.<br>   *Plaintiffs* | § § § § § § § | |
| VS. | § § | |
| CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT, OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br>   *Defendant* | § § § § § § § § § | CIVIL ACTION NO. B-02-180<br>(JURY REQUESTED) |
| GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the death of GUSTAVO GONZALEZ, Deceased<br>   *Intervenor* | § § § § § § | |
| VS. | § § | |
| CITY OF LA FERIA, TEXAS, OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br>   *Defendant* | § § § § § § § | |

**DEFENDANTS' PROPOSED JURY ISSUES**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

- 1 -

Now Come, CITY OF LA FERIA, TEXAS and OFFICER GERARDO "JERRY" RAMIREZ, Individually, Defendants herein, and request that the Court submit to the jury the issues attached hereto.

**ISSUE NO. 1:**

Do you find from a preponderance of the evidence that on September 18, 2000, Officer Gerardo Ramirez used force against Gustavo Gonzalez maliciously and sadistically, for the very purpose of causing him harm?

Answer "Yes" or "No":

Yes_____

No_____


If you answer "Yes" to Issue No. 1, please proceed to Issue No. 2. Otherwise, please sign the verdict form.

**ISSUE NO. 2:**

Do you find from a preponderance of the evidence that Gustavo Gonzalez suffered some non-de minimus harm as a result of Officer Gerardo Ramirez' use of excessive force?

Answer "Yes" or "No":

Yes_____

No_____

If you answer "Yes" to this issue, please proceed to Issue No. 3. If you answer "No," please sign the verdict form.

## ISSUE NO. 3

Do you find from a preponderance of the evidence that Officer Gerardo Ramirez had a reasonable and good faith belief that in using deadly force against Gustavo Gonzalez on September 18, 2001, he was not violating Gustavo Gonzalez' constitutional rights?

Answer "Yes" or "No":

Yes_____

No_____


If you answer "Yes" to this issue, please sign the verdict form. If you answer "No," please proceed to Issue No. 4.

**Issue No. 4:**

What amount of money paid now in cash, if any, do you find from a preponderance of the evidence would fairly compensate Plaintiffs for their injuries?

$ _____

Please proceed to Issue No. 5.

**Issue No. 5:**

What amount of money paid now in cash, if any, do you find from a preponderance of the evidence would fairly compensate Intervenor for his injuries?

$ _____

SO SAY WE ALL.

DATE: _____

FOREPERSON: _____