IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 8 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARY E. CARRANZA, Individually and § <br> As Next Friend of ANGEL MATTHEW § <br> GONZALEZ, GUSTAVO GONZALEZ, § <br> JR., and ALYSSA LAUREN GONZALEZ, § <br> Minor Children, et.al. § <br> *Plaintiffs* § <br> § <br> VS. § <br> § <br> CITY OF LA FERIA, TEXAS, § <br> LA FERIA POLICE DEPARTMENT, § <br> OFFICER GERARDO "JERRY" § <br> RAMIREZ, Individually and in his § <br> Official Capacity; and § <br> VALLEY BAPTIST MEDICAL CENTER § <br> *Defendant* § <br> § <br> § <br> GUSTAVO GONZALEZ, Individually § <br> Pursuant to the Texas Wrongful Death Act § <br> for the death of GUSTAVO GONZALEZ, § <br> Deceased § <br> *Intervenor* § <br> § <br> VS. § <br> § <br> CITY OF LA FERIA, TEXAS, § <br> OFFICER GERARDO "JERRY" § <br> RAMIREZ, Individually and in his § <br> Official Capacity; and § <br> VALLEY BAPTIST MEDICAL CENTER § <br> *Defendant* § | CIVIL ACTION NO. B-02-180 <br> (JURY REQUESTED) |

## DEFENDANTS' PROPOSED VOIR DIRE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

    COME NOW CITY OF LA FERIA, TEXAS and OFFICER GERARDO "JERRY"

RAMIREZ, Individually, Defendants herein, and submits this their Proposed Voir Dire and requests that the following questions be asked of the jury panel in the same or substantially similar wording:

1. Have you or any members of your family or close friends ever had any dealings with the City of La Feria, or have you or any relatives or close friends ever worked for the City of La Feria?

2. Have you or members of your family or close friends ever sued the City of La Feria or any of its employees or any law enforcement agency or law enforcement officer? (If yes, give details).

3. Have you, your family members or close friends ever been a plaintiff (a person bringing a lawsuit) in a lawsuit for any reason? (If yes, give details).

4. (Identify Plaintiffs' and Intervenor's witnesses) Do you know, or have you, your family members, or close friends, ever had any dealings whatsoever with any of these individuals?

5. (Identify Defendants' witnesses, including Defendant) Do any of you know or have you had any dealing whatsoever with any of these named individuals? (If yes, give details).

6. Some of the witnesses may be police officers. Would any of you be more or less inclined to believe the testimony of such individuals simply because of his position?

7. Are any of you, your family members, or close friends, lawyers or law students, or have any of ever studied law in the past? (If yes, explain type of practice or law study).

8. Have any of you ever sat on a jury in a civil trial? (If yes, approach the bench and describe).

9. Do any of you feel that just because a lawsuit is filed by people claiming they have sustained injuries or damages, that someone else must be at fault?

10. Has anyone here ever been arrested or incarcerated. If yes, please describe.

11. Has anyone formed or expressed an opinion already that a plaintiff generally or these Plaintiffs or Intervenor should recover from the Defendants?

12. Do any members of the panel belong to any organization which has as one of its goals the protection of civil rights? Would this affiliation make you more or less likely to favor the Plaintiffs and Intervenor if they say their civil rights were violated?

13. Have any of you, your family members or close personal friends ever filed a claim or complaint or are planning to file a claim or complaint concerning discrimination or violation of your civil rights?

14. Have any of you, your family members, or close friends ever had a complaint against the City of La Feria or the La Feria Police Department or any of their officials or employees or any other law enforcement agency or law enforcement officers?

15. Have any of you, your family members, or close friends ever been employed by the government? Would the fact that Defendant Ramirez is employed by the government make you more or less likely to discredit their testimony or award money to the Plaintiffs just because he is employed by the government?

16. Does anyone harbor a bad opinion about the City of La Feria or the La Feria

Police Department.

17. Have any of you, or your spouse, family members, or close friends ever been arrested for reasons that you believed were not justified?

18. Have you, or do you know of anyone, who has had a negative experience with a law enforcement officer? Would that experience influence your ability to evaluate the issues in this case?

19. Have you, or do you know anyone, who has been subject to a use of force by a peace officer.

20. Do you believe that a police officer should be able to defend himself if he is assaulted?

21. Have any of you, your family members, or close friends been involved in any lawsuit in any capacity in which the law firm of Willette & Guerra represented any side?

22. Have any of you, your family members, or close friends had any dealings at all with the law firm of Willette & Guerra?

23. Is there anyone here who would tend to favor the Plaintiffs or the Defendants simply because the law firm of Willette & Guerra represents the Defendants?