IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARY E. CARRANZA, Individually and §<br>As Next Friend of ANGEL MATTHEW §<br>GONZALEZ, GUSTAVO GONZALEZ, §<br>JR., and ALYSSA LAUREN GONZALEZ, §<br>Minor Children, et.al. §<br>   *Plaintiffs* §<br>§<br>VS. §<br>§<br>CITY OF LA FERIA, TEXAS, §<br>LA FERIA POLICE DEPARTMENT, §<br>OFFICER GERARDO "JERRY" §<br>RAMIREZ, Individually and in his §<br>Official Capacity; and §<br>VALLEY BAPTIST MEDICAL CENTER §<br>   *Defendant* §<br>§<br>§<br>GUSTAVO GONZALEZ, Individually §<br>Pursuant to the Texas Wrongful Death Act §<br>for the death of GUSTAVO GONZALEZ, §<br>Deceased §<br>   *Intervenor* §<br>§<br>VS. §<br>§<br>CITY OF LA FERIA, TEXAS, §<br>OFFICER GERARDO "JERRY" §<br>RAMIREZ, Individually and in his §<br>Official Capacity; and §<br>VALLEY BAPTIST MEDICAL CENTER §<br>   *Defendant* § | CIVIL ACTION NO. B-02-180<br>(JURY REQUESTED) |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

1

COMES NOW, Eduardo G Garza, one of the attorneys in the above styled and numbered cause and notifies the court and all parties of a change of address. Effective immediately, all further correspondence and pleadings should be sent to the following address:

Eduardo G Garza<br>
Willette & Guerra, L.L.P.<br>
1534 East 6th Street, Suite 200<br>
Brownsville, Texas 78520<br>
Telephone: 956-541-1846<br>
Facsimile: 956-541-1893

It is respectfully requested that the Clerk of the Court accordingly revise the Court's records and note this change of address.

Signed on February 25, 2004.

Respectfully Submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: 956-541-1846
Facsimile: 956-541-1893
By: _Eduardo G Garza_
    Eduardo G Garza
    State Bar No. 00796606

## CERTIFICATE OF SERVICE

I hereby certified that on February 25, 2004, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record via certified mail return receipt requested as follows:

*Via Facsimile: 361-887-0055 &*
*Reg US Mail*
Mr. Joseph Barrientos
Watts Law Firm, L.L.P.
555 N. Carancahua, Ste. 1400
Corpus Christi, Texas 78478
(w/encls.)

*Via Facsimile: 956-541-9244*
*& Reg US Mail*
Mr. Phillip J. Stein
The Law Office of Phillip J. Stein, P.C.
14-A Palm Village Center
Brownsville, Texas 78520
(w/encls.)

*Via Facsimile: 956-428-2954*
*& Reg US Mail*
Mr. Scott Clark
Mr. William Pope
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, TX 78551-1429
(w/encls.)

_____
Eduardo G Garza