UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 26 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARY E. CARRANZA, Individually and As Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR., and ALYSSA LAUREN GONZALEZ, Minor Children, et.al.<br>*Plaintiffs*<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT, OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br>*Defendant*<br><br>GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the death of GUSTAVO GONZALEZ, Deceased<br>*Intervenor*<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS, OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br>*Defendant* | CIVIL ACTION NO. B-02-180<br>(JURY REQUESTED) |

**MOTION FOR ENTRY OF AGREED FINAL JUDGEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

    COME NOW Defendants City of La Feria, Texas, La Feria Police Department, and

Officer Gerardo "Jerry" Ramirez, Individually and in his Official Capacity., and Plaintiffs Mary E. Carranza, as next friend of Angel Matthew Gonzalez, Gustavo Gonzalez, Jr., and Alyssa Lauren Gonzalez, minor children, and file this their Motion for Entry of Agreed Final Judgement regarding the minor Plaintiffs:

### I.

The above named Defendants and minor Plaintiffs, by and through their attorney of record, have reached a settlement of all claims between them (Please see the written agreement of the parties dated February 23, 2004 and attached hereto as Exhibit "A"). The parties file this motion seeking court approval and acceptance of this settlement so that a judgement can be entered memorializing the terms of the agreement and disposing of the claims raised by the minor children against the above named Defendants. Plaintiffs' counsel is not taking any attorneys fees under this settlement, and the adult Plaintiffs and Intervenor have agreed to release their claims against the above named Defendants in exchange for disbursement to the minor Plaintiffs as set out in the attached Exhibit "A".

The Plaintiffs have taken steps to ensure that no conflict of interest exists between the minor Plaintiffs and the adult Plaintiffs and Intervenor, and the Plaintiffs and Intervenor have stipulated to same. Accordingly, Defendants City of La Feria, Texas, La Feria Police Department, and Officer Gerardo "Jerry" Ramirez, Individually and in his Official Capacity., and Plaintiffs Mary E. Carranza, as next friend of Angel Matthew Gonzalez, Gustavo Gonzalez, Jr., and Alyssa Lauren Gonzalez, minor children respectfully request that the court approve this settlement without the necessity of the appointment of a guardian ad litem, and enter the attached Agreed Final Judgement as to the minors' claims against Defendants.

WHEREFORE, PREMISES CONSIDERED, Defendants City of La Feria, Texas, La

Feria Police Department, and Officer Gerardo "Jerry" Ramirez, Individually and in his Official Capacity., and Plaintiffs Mary E. Carranza, Individually and as next friend of Angel Matthew Gonzalez, Gustavo Gonzalez, Jr., and Alyssa Lauren Gonzalez, minor children respectfully request that this Court enter the attached Agreed Final Judgement dismissing all claims brought by Plaintiffs Mary E. Carranza, as next friend of Angel Matthew Gonzalez, Gustavo Gonzalez, Jr., and Alyssa Lauren Gonzalez, minor children with prejudice as to Defendants City of La Feria, Texas, La Feria Police Department, and Officer Gerardo "Jerry" Ramirez, Individually and in his Official Capacity, with all Court costs to be borne by the party incurring same.

Signed on this 26 day of February, 2004.

Respectfully submitted,

Watts Law Firm, L.L.P.
555 N. Carancahua, Ste. 1400
Corpus Christi, Texas 78478
Telephone:　(361) 887-0500
Facsimile:　(361) 887-0055

By: _Joseph Barrientos w/pEG_
Joseph Barrientos
State Bar No. 01816495
USDC Adm. No. 15032
Attorneys for Plaintiffs

WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas  78520
Telephone:  (956) 541-1846
Facsimile:  (956) 541-1893

By: *Charles Willette* /hw/PEG
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937
Eduardo G Garza
State Bar No.00796609
USDC Adm. No. 20916

Attorneys for Defendants City of La Feria, La Feria Police Department and Gerardo Ramirez

## CERTIFICATE OF SERVICE

I hereby certified that on February 26, 2004, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record via facsimile and via certified mail return receipt requested as follows:

<u>*Via Facsimile: 361-887-0055*</u>
<u>*& CMRRR 7001 1140 0001 8376 6962*</u>
Mr. Joseph Barrientos
Watts Law Firm, L.L.P.
555 N. Carancahua, Ste. 1400
Corpus Christi, Texas 78478
(w/encls.)

<u>*Via Facsimile: 956-541-9244*</u>
<u>*& CMRRR 7001 110 0001 8376 6979*</u>
Mr. Phillip J. Stein
The Law Office of Phillip J. Stein, P.C.
14-A Palm Village Center
Brownsville, Texas 78520
(w/encls.)

<u>*Via Facsimile: 956-428-2954*</u>
<u>*& CMRRRR 7001 1140 0001 8376 6948*</u>
Mr. Scott Clark
Mr. William Pope
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, TX 78551-1429
(w/encls.)

_____
Eduardo G Garza

3