UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARY E. CARRANZA, Individually and | § | |
| As Next Friend of ANGEL MATTHEW | § | |
| GONZALEZ, GUSTAVO GONZALEZ, | § | |
| JR., and ALYSSA LAUREN GONZALEZ, | § | |
| Minor Children, et.al. | § | |
| *Plaintiffs* | § | |
| | § | |
| VS. | § | |
| | § | |
| CITY OF LA FERIA, TEXAS, | § | |
| LA FERIA POLICE DEPARTMENT, | § | |
| OFFICER GERARDO "JERRY" | § | |
| RAMIREZ, Individually and in his | § | |
| Official Capacity; and | § | |
| VALLEY BAPTIST MEDICAL CENTER | § | |
| *Defendant* | § | |
| | § | CIVIL ACTION NO. B-02-180 |
| | § | (JURY REQUESTED) |
| GUSTAVO GONZALEZ, Individually | § | |
| Pursuant to the Texas Wrongful Death Act | § | |
| for the death of GUSTAVO GONZALEZ, | § | |
| Deceased | § | |
| *Intervenor* | § | |
| | § | |
| VS. | § | |
| | § | |
| CITY OF LA FERIA, TEXAS, | § | |
| OFFICER GERARDO "JERRY" | § | |
| RAMIREZ, Individually and in his | § | |
| Official Capacity; and | § | |
| VALLEY BAPTIST MEDICAL CENTER | § | |
| *Defendant* | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants City of La Feria, Texas, La Feria Police Department, and

Officer Gerardo "Jerry" Ramirez, Individually and in his Official Capacity., Plaintiffs Mary E. Carranza, Individually and on behalf of all those entitled to recover for the death of Gustavo Gonzalez, Deceased, Celia Gonzalez, Individually and as personal representative of the Estate of Gustavo Gonzalez, and Intervenor  Gustavo Gonzalez and file this stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and in support thereof show:

**I.**

The above named Defendants, Plaintiffs, and Intervenor by and through their attorneys of record, hereby inform the Court that this matter has been compromised and settled, and that the above named Plaintiffs, Intervenor, and Defendants hereby pray that all causes of action brought against the above named Defendants herein be dismissed with prejudice in accordance with the settlement.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Mary E. Carranza, Individually and on behalf of all those entitled to recover for the death of Gustavo Gonzalez, Deceased, Celia Gonzalez, Individually and as personal representative of the Estate of Gustavo Gonzalez, Intervenor  Gustavo Gonzalez, and Defendants  City of La Feria, Texas, La Feria Police Department, and Officer Gerardo "Jerry" Ramirez, Individually and in his Official Capacity respectfully request that this Court enter an Order dismissing this suit brought by Mary E. Carranza, Individually and on behalf of all those entitled to recover for the death of Gustavo Gonzalez, Deceased, Celia Gonzalez, Individually and as personal representative of the Estate of Gustavo Gonzalez, and Intervenor  Gustavo Gonzalez with prejudice as to Defendants City of La Feria, Texas, La Feria Police Department, and Officer Gerardo "Jerry" Ramirez, Individually and in his Official Capacity, with all Court costs to be borne by the party incurring same.

Signed on this _26_ day of _February_____, 2004.

## CERTIFICATE OF SERVICE

I hereby certified that on February 26, 2004, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record via facsimile and via certified mail return receipt requested as follows:

*Via Facsimile: 361-887-0055*
*& CMRRR 7001 1140 0001 8376 6962*
Mr. Joseph Barrientos
Watts Law Firm, L.L.P.
555 N. Carancahua, Ste. 1400
Corpus Christi, Texas 78478
(w/encls.)

*Via Facsimile: 956-541-9244*
*& CMRRR 7001 110 0001 8376 6979*
Mr. Phillip J. Stein
The Law Office of Phillip J. Stein, P.C.
14-A Palm Village Center
Brownsville, Texas 78520
(w/encls.)

*Via Facsimile: 956-428-2954*
*& CMRRRR 7001 1140 0001 8376 6948*
Mr. Scott Clark
Mr. William Pope
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, TX 78551-1429
(w/encls.)

Eduardo G Garza