IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARY E. CARRANZA, Individually §<br>And as Next Friend of ANGEL §<br>MATTHEW GONZALEZ, GUSTAVO §<br>GONZALEZ, JR. and ALYSSA LAUREN§<br>GONZALEZ, Minor Children, et. al. §<br>§<br>Plaintiffs §<br>vs. §<br>§<br>CITY OF LA FERIA, TEXAS, §<br>LA FERIA POLICE DEPARTMENT, §<br>OFFICER GERARDO "JERRY" §<br>RAMIREZ, Individually and in his §<br>Official Capacity; and §<br>VALLEY BAPTIST MEDICAL CENTER§<br>§<br>Defendants §<br>§<br>GUSTAVO GONZALEZ, Individually §<br>Pursuant to the Texas Wrongful Death §<br>Act for the death of GUSTAVO §<br>GONZALEZ, Deceased §<br>§<br>Intervenor §<br>§<br>vs. §<br>§<br>CITY OF LA FERIA, TEXAS §<br>OFFICER GERARDO "JERRY" §<br>RAMIREZ, Individually and in his §<br>Official Capacity; and §<br>VALLEY BAPTIST MEDICAL CENTER §<br>Defendant § | United States District Court<br>Southern District of Texas<br>FILED<br><br>MAR 0 1 2004<br><br>Michael N. Milby<br>Clerk of Court<br><br><br><br>CIVIL ACTION. NO. B-02-180 |

**PLAINTIFFS AND INTERVENOR'S OPPOSED JOINT MOTION FOR REMAND**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW PLAINTIFFS MARY E. CARRANZA, Individually    and as Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR. and ALYSSA

LAUREN GONZALEZ, Minor Children and on Behalf of All of Those Entitled to Recover for Death of GUSTAVO GONZALEZ, Deceased, Under the Texas Wrongful Death Act, and CELIA MUNIZ GONZALEZ, Individually and As Personal

Representative of the ESTATE OF GUSTAVO GONZALEZ, Deceased, and INTERVENOR GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the Death of GUSTAVO GONZALEZ, Deceased and file this their OPPOSED JOINT MOTION FOR REMAND as follows:

1.   The PLAINTIFFS and INTERVENOR have entered into a Settlement Agreement with DEFENDANTS CITY OF LA FERIA, TEXAS and OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity on or about February 23, 2004 which, subject to the Court's approval for the minor Plaintiffs, will dispose of all PLAINTIFFS' and INTERVENOR'S claims against said Defendants in this cause. Pleadings detailing the same have been submitted to the Court for approval.

2.   If the settlement described above is approved by the Court, PLAINTIFFS and INTERVENOR will have claims pending only against DEFENDANT VALLEY BAPTIST MEDICAL CENTER in this cause. The claims against DEFENDANT VALLEY BAPTIST MEDICAL CENTER are based solely in negligence, a Texas State Court based cause of action. There would be no Federal Questions or issues remaining in this case and therefore no basis for federal jurisdiction would remain.

3.   Assuming approval of the settlement and there being no basis for continued federal jurisdiction, the remaining parties and claims in this case may properly be remanded to the Texas state court from which they were removed for further proceedings there.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFFS MARY E. CARRANZA, Individually and as Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO

GONZALEZ, JR. and ALYSSA LAUREN GONZALEZ, Minor Children and on Behalf of All of Those Entitled to Recover for Death of GUSTAVO GONZALEZ, Deceased, Under the Texas Wrongful Death Act, and CELIA MUNIZ GONZALEZ, Individually and As Personal Representative of the ESTATE OF GUSTAVO GONZALEZ, Deceased, and INTERVENOR GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the Death of GUSTAVO GONZALEZ, Deceased respectfully request that this Court enter an order granting their OPPOSED JOINT MOTION FOR REMAND in that this cause be remanded to State District Court in Cameron County, Texas, with all Court costs to be bourne by the party incurring same.

Respectfully Submitted,

Phillip J. Stein
State Bar No. 19129600
Federal I.D. No. 24943
14-A Palm Village Center
Brownsville, Texas 78520
(956) 541-9243
(956) 541-9244
Attorney for Intervenor

Joseph Barrientos (wp)
Joseph Barrientos
State Bar No. 01816495
Federal I.D. No. 15032
THE WATTS LAW FIRM
555 N. Carancahua, Suite 1400
Corpus Christi, TX 78478
(361) 887-0500
(361) 887-0055
Attorneys for Plaintiffs

## CERTIFICATE OF CONFERENCE

I, Phillip J. Stein, hereby certify that I have conferred with counsel for Defendant Valley Baptist Medical Center and they are opposed to the filing of this motion.

_____
Phillip J. Stein

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been provided by **Certified Mail Return Receipt Requested**, in accordance with the Federal Rules of Civil Procedure, on the ___1st___ day of ___March___, 2004.

Charles Willette, Jr.
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

William L. Pope
ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551-1429

_____
Phillip J. Stein