IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARY E. CARRANZA, Individually and as Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR., and ALYSSA LAUREN GONZALEZ, Minor Children, et. al, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LA FERIA, TEXAS, et. al, <br><br> Defendants. | CIVIL ACTION NO. B-02-180 |

## ORDER

BE IT REMEMBERED, that on March 4, 2004, the Court **DENIED AS MOOT** Plaintiffs' and Intervenor's Opposed Motion for Leave to File Motion for Remand and Plaintiffs' and Intervenor's Opposed Joint Motion for Remand [Dkt. Nos. 43 & 45].

DONE at Brownsville, Texas, this 4th day of March 2004.

Hilda G. Tagle
United States District Judge