IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 9 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARY E. CARRANZA, Individually And as Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR. and ALYSSA LAUREN GONZALEZ, Minor Children And on Behalf of All of Those Entitled To Recover for Death of GUSTAVO GONZALEZ, Deceased, Under the Texas Wrongful Death Act, and CELIA MUNIZ GONZALEZ, Individually and As Personal Representative of the ESTATE OF GUSTAVO GONZALEZ, Deceased<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT, OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br><br>Defendants<br><br>GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the death of GUSTAVO GONZALEZ, Deceased<br><br>Intervenor<br><br>vs.<br><br>CITY OF LA FERIA, TEXAS OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION: NO. B-02-180 |

## PLAINTIFFS AND INTERVENOR'S OPPOSITION TO MOTION FOR ENTRY OF FINAL DISPOSITION AS TO DEFENDANT VALLEY BAPTIST MEDICAL CENTER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, PLAINTIFFS, MARY E. CARRANZA, INDIVIDUALLY AND AS

NEST FRIEND OF ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ JR.,

AND ALYSSA LAUREN GONZALEZ, MINOR CHILDREN, AND INTERVENOR, GUSTAVO GONZALEZ, INDIVIDUALLY PURSUANT TO THE TEXAS WRONGFUL DEATH ACT FOR THE DEATH OF GUSTAVO GONZALEZ, DECEASED and file this their Motion in Opposition to Defendant Valley Baptist Medical Center's Motion for Entry of Final Disposition and in support thereof would show as follows.

I.

On March 5, 2004, Valley Baptist Medical Center filed a Motion for Entry of Final Disposition which the Plaintiffs received on March 8, 2004.

II.

Prior to filing the motion counsel for Defendant Valley Baptist Medical Center did not circulate a draft of the Motion or the Final Order of Dismissal to Plaintiffs' counsel or Intervenor's counsel for review, nor was any consultation had as to the opposition or non-opposition of Plaintiffs or Intervenor to said Motion.

III.

Plaintiffs and Intervenor oppose Defendant Valley Baptist Medical Center's Motion for Entry of Final Disposition. Plaintiffs and Intervenor are seeking leave to file Motions for Rehearing and Reconsideration of Defendant Valley Baptist Medical Center's Motion for Summary Judgment and response thereto, and therefore contend that Valley Baptist's present Motion for Entry of Final Disposition is premature.

IV.

Plaintiffs and Intervenor respectfully pray that the Court deny Defendant Valley Baptist Medical Center's Motion for Entry of Final Disposition until such time as it has considered the Motion for Reconsideration and Motion for Rehearing of Plaintiffs and Intervenor.

Respectfully submitted,

WATTS LAW FIRM, L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478
(361) 887-0500
(361) 887-0055 - Fax

By:    _Joseph Barrientos (w P)_

Mikal C. Watts
State Bar No. 20981820
Federal I. D. No. 12419

Joseph Barrientos
State Bar No. 01816495
Federal I.D. No. 15032

ATTORNEYS FOR PLAINTIFFS

LAW OFFICE OF PHILLIP J. STEIN, P.C.
14-A Palm Village Center
Brownsville, Texas 78520
(956) 541-9243
(956) 541-9244 - Fax

By:    _Phillip J. Sti_

Phillip J. Stein
State Bar No. 19129600
Federal I.D. No. 24943

ATTORNEY FOR INTERVENOR

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and foregoing *Plaintiffs and Intervenor's Opposition To Motion For Entry Of Final Disposition As To Defendant Valley Baptist Medical Center* was this the 9th day of March, 2004, served by facsimile on:

Charles Willette, Jr.
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

Phillip J. Stein
THE LAW OFFICE OF PHILLIP J. STEIN, P.C.
14-A Palm Village Center
Brownsville, Texas 78520

Joseph Barrientos (w/p)

_____
Joseph Barrientos