IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 9 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARY E. CARRANZA, Individually and and As Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR., and ALYSSA LAUREN GONZALEZ, Minor Children, et. al.<br>　　　　Plaintiffs<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT OFFICE GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br>　　　　Defendants<br><br>GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the death of GUSTAVO GONZALEZ, Deceased<br>　　　　Intervenors<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS, OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br>　　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. B-02-180<br>§       (JURY REQUESTED)<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## MOTION FOR ENTRY OF FINAL DISPOSITION AS TO DEFENDANT VALLEY BAPTIST MEDICAL CENTER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Valley Baptist Medical Center, a Defendant in the above styled and numbered cause, and respectfully files and submits this, its Motion for Entry of Final Disposition, showing as follows:

I.

On March 2, 2004, the Court transmitted an Order to the parties granting Defendant Valley Baptist Medical Center's Motion for Summary Judgment.

II.

Since the Court's ruling on Defendant Valley Baptist Medical Center's Motion for Summary Judgment constitutes a final determination as to all allegations asserted by Plaintiffs and Intervenor as against said Defendant, Valley Baptist Medical Center respectfully submits this Motion for Entry of a Final Dismissal as to it.

III.

Submitted with this Motion is a form of Order entitled "FINAL ORDER OF DISMISSAL AS TO DEFENDANT VALLEY BAPTIST MEDICAL CENTER".

IV.

Defendant Valley Baptist Medical Center would pray that the Court execute and enter its proposed form of Final Dismissal Order in the above styled and numbered cause.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551
Telephone: (956) 428-7495
Facsimile: (956) 428-2954

_____
**WILLIAM L. POPE**
State Bar No. 16139020
Federal ID No. 8970

_____
**SCOTT T. CLARK**
State Bar No. 00795896
Federal ID No. 21676

**ATTORNEYS FOR DEFENDANT,**
**VALLEY BAPTIST MEDICAL CENTER**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing DEFENDANT VALLEY BAPTIST MEDICAL CENTER'S MOTION FOR ENTRY OF FINAL DISPOSITION and the accompanying form of FINAL ORDER OF DISMISSAL have on March 5, 2004, been forwarded via certified mail, return receipt requested to all counsel of record, as follows:

| | |
|---|---|
| Mr. Joseph Barrientos<br>WATTS LAW FIRM, L.L.P.<br>555 N. Carancahua, Suite 1400<br>Corpus Christi, Texas 78478 | *Via CMRRR # 7002 2410 0002 3603 5900* |
| Mr. Eduardo G. Garcia<br>WILLETTE & GUERRA, L.L.P.<br>International Plaza, Suite 460<br>3505 Boca Chica Blvd.<br>Brownsville, Texas 78521 | *Via CMRRR # 7002 2410 0002 3603 5924* |
| Mr. Phillip J. Stein<br>LAW OFFICE OF PHILLIP J. STEIN, P.C.<br>14-A Palm Village Center<br>Brownsville, Texas 78520 | *Via CMRRR # 7002 2410 0002 3603 5917* |

_____
SCOTT T. CLARK