

United States District Court
Southern District of Texas
ENTERED

MAY 1 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARY E. CARRANZA, Individually and as Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR., and ALYSSA LAUREN GONZALEZ, Minor Children, et. al, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LA FERIA, TEXAS, et. al, <br><br> Defendant. | § § § § § § § § § § § § § § CIVIL ACTION NO. B-02-180 |

## ORDER

BE IT REMEMBERED, that on May 14, 2004, the Court scheduled a hearing for the purpose of determining whether a guardian ad litem should be appointed in this case. As the parties are aware, the Court is not required to appoint a guardian ad litem under Federal Rule of Civil Procedure 17(c). The Court may determine the appointment of a guardian ad litem is unnecessary, but the Court must first weigh the circumstances and make a judicial determination that the minors are protected adequately without a guardian.

If the Court is satisfied that a guardian ad litem is unnecessary, and the settlement adequately protects the minors, the settlement will be approved at the hearing.



The hearing is set for _May 27_, 2004, at _9:30 A.M._. Unless a party notifies the Court otherwise, only the parties agreeing to this settlement are required to appear for this hearing.

DONE at Brownsville, Texas, this 14th day of May, 2004.

Hilda G. Tagle
United States District Judge