IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern D...
F
MAY 1 9
Michael N. ...y
Clerk of Court

| | |
|---|---|
| MARY E. CARRANZA, Individually And as Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR. and ALYSSA LAUREN GONZALEZ, Minor Children And on Behalf of All of Those Entitled To Recover for Death of GUSTAVO GONZALEZ, Deceased, Under the Texas Wrongful Death Act, and CELIA MUNIZ GONZALEZ, Individually and As Personal Representative of the ESTATE OF GUSTAVO GONZALEZ, Deceased<br><br>Plaintiffs<br>vs.<br><br>CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT, OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br><br>Defendants<br><br>GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the death of GUSTAVO GONZALEZ, Deceased<br><br>Intervener<br>vs.<br><br>CITY OF LA FERIA, TEXAS OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br><br>Defendants | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § §<br><br>CIVIL ACTION NO. B-02-180 |

**MOTION TO SET PLAINTIFFS AND INTERVENER'S MOTION FOR RECONSIDERATION FOR HEARING**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs and Intervener's and file this their Motion to Set Plaintiffs and Intervener's Motion for Reconsideration for Hearing and in support thereof would respectfully show the Court the following:

I.

On March 12, 2004, Plaintiffs and Intervener's filed their Motion for Reconsideration of Valley Baptist Medical Center's Motion for Summary Judgment and Motion for Leave to file Plaintiffs' Response. Plaintiffs and Intervener's response was filed on March 24, 2004. Defendant Valley Baptist Medical Center filed their response on April 7, 2004. As of the filing of this Motion, the Court has not ruled on Plaintiffs and Intervener's Motion for Reconsideration; therefore, Plaintiffs and Interveners respectfully request that their Motion for Reconsideration be heard on May 27, 2004 at 9:30 a.m. In the alternative, Plaintiffs and Interveners request that their Motion be set at the Court's earliest convenience.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Interveners pray that their Motion for Reconsideration be set for hearing on May 27, 2004 at 9:30 a.m. or at the Court's earliest convenience and for such other and further relief they may show themselves entitled to.

Respectfully submitted,

LAW OFFICE OF PHILLIP J. STEIN, P.C.
14-A Palm Village Center
Brownsville, Texas 78520
(956) 541-9243
(956) 541-9244 Fax

By: _____
Phillip J. Stein
State Bar No. 19129600
Federal I.D. No. 24943

ATTORNEY FOR INTERVENER

WATTS LAW FIRM, L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478
(361) 887-0500
(361) 887-0055 – Fax

By: _____
Mikal C. Watts
State Bar No. 20981820
Federal I. D. No. 12419
Joseph Barrientos
State Bar No. 01816495
Federal I.D. No. 15032

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I certify that on May 18, 2004, I conferred with Defendant's Attorney of Record, and he is opposed to this motion.

_____
Joseph Barrientos

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and foregoing *Motion to Set Plaintiffs and Intervenor's Motion for Reconsideration* was this the 18th day of May, 2004, served by Certified Mail, Return Receipt Requested and U.S. Regular Mail on:

Mr. Phillip J. Stein
LAW OFFICES OF PHILLIP J. STEIN, P.C.
14-A Palm Village Center
Brownsville, Texas 78520

Mr. Scott T. Clark
ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551-1429

_____
Joseph Barrientos