United States District Court
Southern District of Texas
FILED

MAY 27 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 27 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| MARY E. CARRANZA, Individually and As Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR., and ALYSSA LAUREN GONZALEZ, Minor Children, et.al.<br>*Plaintiffs*<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT, OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br>*Defendant*<br><br>GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the death of GUSTAVO GONZALEZ, Deceased<br>*Intervenor*<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS, OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br>*Defendant* | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. B-02-180<br>(JURY REQUESTED) |

**AGREED ORDER ON STIPULATION OF DISMISSAL**

The Plaintiffs Mary E. Carranza, Individually and on behalf of all those entitled to

recover for the death of Gustavo Gonzalez, Deceased, Celia Gonzalez, Individually and as

personal representative of the Estate of Gustavo Gonzalez, Intervenor Gustavo Gonzalez, and Defendants City of La Feria, Texas, La Feria Police Department, and Officer Gerardo "Jerry" Ramirez, Individually and in his Official Capacity, by and through their attorneys of record, have informed the Court that this matter has been compromised and settled. Plaintiffs Mary E. Carranza, Individually and on behalf of all those entitled to recover for the death of Gustavo Gonzalez, Deceased, Celia Gonzalez, Individually and as personal representative of the Estate of Gustavo Gonzalez, Intervenor Gustavo Gonzalez, and Defendants City of La Feria, Texas, La Feria Police Department, and Officer Gerardo "Jerry" Ramirez, Individually and in his Official Capacity have prayed that all causes as to these named Defendants be dismissed with prejudice as of this settlement, and all parties have agreed thereto. It therefore appears to the Court that the dismissal should be made as prayed.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiffs Mary E. Carranza, Individually and on behalf of all those entitled to recover for the death of Gustavo Gonzalez, Deceased, Celia Gonzalez, Individually and as personal representative of the Estate of Gustavo Gonzalez, and Intervenor Gustavo Gonzalez', causes be dismissed as to Defendants City of La Feria, Texas, La Feria Police Department, and Officer Gerardo "Jerry" Ramirez, Individually and in his Official Capacity, with prejudice against all parties to file any same or similar actions, with all court costs to be taxed against the party that incurred such costs.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that any and all other relief that may have been sought in this cause, whether prayed for or not, is hereby DENIED.

ENTERED this 27th day of May, 2004.

_____
JUDGE PRESIDING

AGREED AS TO FORM AND SUBSTANCE:

| | |
|---|---|
| Watts Law Firm, L.L.P.<br>555 N. Carancahua, Ste. 1400<br>Corpus Christi, Texas 78478<br>Telephone: (361) 887-0500<br>Facsimile: (361) 887-0055 | The Law Office of Phillip J. Stein, P.C.<br>14-A Palm Village Center<br>Brownsville, Texas 78520<br>Telephone: (956) 541-9243<br>Facsimile: (956) 541-9244 |

By: _____ w/pCG
Joseph Barrientos
State Bar No. 01816495
USDC Adm. No. 15032
Attorneys for Plaintiffs

By: _____ w/pEG
Phillip J. Stein
State Bar No. 19129600
USDC Adm. No. 24943
Attorney for Intervenor

WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *Charles Willette Jr./pef*
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937
Eduardo G Garza
State Bar No.00796609
USDC Adm. No. 20916
Attorneys for Defendants City of La Feria, Lar Feria Police Department
and Gerardo Ramirez

cc:   Eduardo G Garza, Willette & Guerra, L.L.P., 1534 E. 6th Street, Suite 200, Brownsville, Texas 78520
      Joseph Barrientos Watts Law Firm, L.L.P., 555 N. Carancahua, Ste. 1400, Corpus Christi, Texas 78478
      The Law Office of Phillip J. Stein, P.C., 14-A Palm Village Center, Brownsville, Texas 78520
      William Pope, Scott Clark, Adams & Graham, L.L.P., P.O. Drawer 1429, Harlingen, TX 78551-1429