IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY E. CARRANZA, Individually and as Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR., and ALYSSA LAUREN GONZALEZ, Minor Children, et al., | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. B-02-180 |
| CITY OF LA FERIA, TEXAS, et al., | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

BE IT REMEMBERED, that on May 27, 2004, the Court having granted summary judgment on all causes of action against Defendant Valley Baptist Medical Center, enters final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this the 27th day of May 2004.

Hilda G. Tagle
United States District Court Judge