United States District Court
Southern District of Texas
FILED

MAY 27 2004

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

MAY 27 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARY E. CARRANZA, Individually and As Next Friend of ANGEL MATTHEW GONZALEZ, GUSTAVO GONZALEZ, JR., and ALYSSA LAUREN GONZALEZ, Minor Children, et.al.<br>*Plaintiffs*<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS, LA FERIA POLICE DEPARTMENT, OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br>*Defendant*<br><br>GUSTAVO GONZALEZ, Individually Pursuant to the Texas Wrongful Death Act for the death of GUSTAVO GONZALEZ, Deceased<br>*Intervenor*<br><br>VS.<br><br>CITY OF LA FERIA, TEXAS, OFFICER GERARDO "JERRY" RAMIREZ, Individually and in his Official Capacity; and VALLEY BAPTIST MEDICAL CENTER<br>*Defendant* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

CIVIL ACTION NO. B-02-180
(JURY REQUESTED)

## AMENDED AGREED FINAL JUDGEMENT

On this day, came on for hearing in its regular order, the above-entitled and numbered cause, and came Plaintiffs Mary E. Carranza, as next friend of Angel Matthew Gonzalez, Gustavo Gonzalez, Jr., and Alyssa Lauren Gonzalez, minor children (hereinafter referred to as "Plaintiffs"), by and through their attorneys, the Watts Law Firm, L.L.P., and came Defendants, City of La Feria, Texas, La Feria Police Department, and Officer Gerardo "Jerry" Ramirez, Individually and in his Official

Capacity (hereinafter referred to as "Defendants") by and through their respective attorneys of record, Willette & Guerra, L.L.P.

## RECITALS

Plaintiffs have agreed to a settlement with Defendants for the total sum of <u>Fifteen Thousand Dollars and 00/100 ($15,000.00)</u>, said monies to be disbursed as outlined below.

The Court has considered the terms of the tentative settlement reached by the Parties contained in the written agreement dated February 23, 2004, from the standpoint of the interests of Minor Plaintiffs, Angel Matthew Gonzalez, Gustavo Gonzalez, Jr., and Alyssa Lauren Gonzalez, and has found that the settlement and apportionment outlined herein is fair, just, and reasonable and in the best interest of the Minor Plaintiffs.

After having considered the pleadings, the evidence and the arguments of counsel, the Court finds that Defendants' liability to the Plaintiffs is disputed, and that the Plaintiffs have been fully informed of the liability facts and the nature and extent of the injuries and damages sustained and which may be sustained by Plaintiffs; and that the settlement is reasonable, fair and just, not a product of fraud, mutual mistake, duress or undue influence . The Court therefore approves of this settlement.

It is therefore, ORDERED, ADJUDGED AND DECREED by this Court that the following sums be recovered by minor Plaintiff Angel Matthew Gonzalez and apportioned as follows:

> Payment of $5,000.00 made payable to the U.S. District Clerk for the use and benefit of Angel Matthew Gonzalez, a Minor, said monies to be released to Angel Matthew Gonzalez upon his reaching the age of majority.

It is further ORDERED, ADJUDGED AND DECREED by this Court that the following sums be recovered by minor Plaintiff Gustavo Gonzalez, Jr. and apportioned as follows:

> Payment of $5,000.00 made payable to the U.S. District Clerk for the use and benefit of Gustavo Gonzalez, Jr., a Minor, said monies to be released to Gustavo Gonzalez, Jr. upon his reaching the age of majority.

It is further ORDERED, ADJUDGED AND DECREED by this Court that the following sums be recovered by minor Plaintiff Alyssa Lauren Gonzalez and apportioned as follows:

Payment of $5,000.00 made payable to the U.S. District Clerk for the use and benefit of, Alyssa Lauren Gonzalez a Minor, said monies to be released to Alyssa Lauren Gonzalez upon her reaching the age of majority.

It is further ORDERED, ADJUDGED AND DECREED that all court costs are hereby taxed against the party incurring same, and that any and all other relief from any party hereto whether prayed for or not is hereby denied.

Signed for entry on this the 27th day of May, 2004.

_____
JUDGE PRESIDING

AGREED AS TO FORM AND SUBSTANCE:

Watts Law Firm, L.L.P.
555 N. Carancahua, Ste. 1400
Corpus Christi, Texas 78478
Telephone:   (361) 887-0500
Facsimile:   (361) 887-0055

By: _Joseph Barrientos w/pEG_
Joseph Barrientos
State Bar No. 01816495
USDC Adm. No. 15032
Attorneys for Plaintiffs

WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _Charles Willette Jr. w/pEG_
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937
Eduardo G Garza
State Bar No.00796609
USDC Adm. No. 20916
Attorneys for Defendants City of La Feria,
La Feria Police Department and Gerardo Ramirez

cc:
Mr. Eduardo G Garza, Willette & Guerra, L.L.P., 1534 E. 6th Street, Suite 200, Brownsville, Texas 78520

Joseph Barrientos Watts Law Firm, L.L.P., 555 N. Carancahua, Ste. 1400, Corpus Christi, Texas 78478

The Law Office of Phillip J. Stein, P.C., 14-A Palm Village Center, Brownsville, Texas 78520

Mr. William Pope, Adams & Graham, L.L.P., P.O. Drawer 1429, Harlingen, TX 78551-1429

FEB-24-04 TUE 09:36 AM                                    FAX NO.                        P. 02
Feb 23 04 04:50p                                                                          p.2
FEB-23-04 MON 12:20 PM                                    FAX NO.                         P. 02

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
ELLEN M. LEEDS
WILLARDO R. GARZA

ELIZABETH SANDOVAL CANTU*
ROMAN "DINO" ESPARZA
JOE HERNANDEZ*
MELANIE A. MOORE
ROBERT PONNIH*

1534 EAST 6TH STREET, SUITE 200
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 446-2166
FACSIMILE: (956) 686-3913

February 23, 2004

**Via Facsimile: 361-887-0055**
Mr. Joseph Barrientos
Watts Law Firm, L.L.P.
555 N. Carancahua, Ste. 1400
Corpus Christi, Texas 78478

**Via Facsimile: 956-541-9244**
Mr. Phillip J. Stein
The Law Office of Phillip J. Stein, P.C.
14-A Palm Village Center
Brownsville, Texas 78520

Re: Civil No. B-02-180
Mary B. Carranza, et. al. vs. City of La Feria, et. al.
U.S. District Court - Southern District of Texas
Brownsville Division
Our File No. 00-199    CW/EG

Dear Gentlemen:

Please allow this to serve as a written confirmation of the agreement of the parties to settle and release all claims that Mary E. Carranza, Celia Muniz Gonzalez, Gustavo Gonzalez, the Estate of Gustavo Gonzalez, deceased, Angel Matthew Gonzalez (minor), Gustavo Gonzalez, Jr. (minor), and Alyssa Lauren Gonzalez (minor) have brought or may have against the City of La Feria, and the City of La Feria's employees and officers, including Gerardo Ramirez, regarding the incident complained of by them in Plaintiffs' First Amended Original Complaint and Intervenor's First Amended Original Complaint on file in the above referenced cause number for the total sum of $15,000.00. The settlement proceeds are to be distributed equally between the minor plaintiffs listed above in the amount of $5,000.00 each.

The Plaintiffs and Intervenor will enter into and execute a Release and Indemnity Agreement to be prepared by Defendants' counsel, and all parties to this agreement listed above will enter into a stipulation of dismissal (adults and Estate) pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and an Agreed Final Judgement (minors) as required to dispose of these claims. Each party is to pay its own costs and Plaintiffs and Intervenor formally stipulate that no conflict of interest exists with respect to the minor Plaintiffs as all settlement proceeds will go directly to the minors with no

Mr. Joseph Barrientos
Mr. Phillip Stein
Re: Carranza vs. City of La Feria, et. al.
February 23, 2004
Page -2-

subtraction of attorneys fees. The adult parties to this agreement agree to release their claims for the consideration of said payments to the minor Plaintiffs.

If this truly and accurately reflects our agreement in this case, please acknowledge this by signing below and faxing this document back to me. Otherwise, please contact me immediately.

Very truly yours,

WILLETTE & GUERRA, L.L.P.

BY: _____
Eduardo G Garza

AGREED TO BY                              AGREED TO BY

_____                   _____
Joseph Barrientos                         Phillip Stein
Attorney for Plaintiffs Mary E. Carranza, Attorney for Intervenor Gustavo Gonzalez
Celia Muniz Gonzalez, the Estate of Gustavo
Gonzalez, deceased, Angel Matthew Gonzalez
Gustavo Gonzalez, Jr., and Alyssa Lauren Gonzalez

EG:lsr