# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Sally Garcia for Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 05 – 27 – 04 |
| TIME | 9:45 p.m. – 10:05 p.m. |
| CIVIL ACTION | B – 02 – 180 |
| STYLE | MARY E. CARRANZA, ET AL. *versus* CITY OF LA FERIA, TEXAS, ET AL. |



United States District Court
Southern District of Texas
FILED

MAY 27 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;                    (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):            Joseph Barrientos
Attorney(s) for Defendant(s):
City of La Feria and Officer Ramirez:    Eduardo Garza
Valley Baptist Medical Center:           Scott Clark

---

**Comments**:

Attorneys represented that minors are the only individuals receiving funds from this settlement, no attorneys fees will be taken from the settlement amount. Ms. Carranza, the mother of the minors testified and represented to the Court that she understood the terms of the settlement and she felt the settlement was in the best interest of her children.

**Findings**: The appointment of a guardian ad litem is unnecessary because the minors' interests are adequately represented and protected by the settlement agreement. Additionally, the Court approved the settlement and indicated it would sign both the agreed order of settlement and the joint stipulation of dismissal.